UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROLINE ANGULO, et al., | CASE NO. C22-0915JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| PROVIDENCE HEALTH & SERVICES WASHINGTON, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Defendant Providence Health & Services Washington's ("Providence") motion for reconsideration of the court's March 17, 2023 order directing the parties to conduct jurisdictional discovery. (Mot. (Dkt. # 69); *see* 3/17/23 Order (Dkt. # 66).) The court ORDERS Plaintiffs Caroline Angulo, Eric Keller, Isabel Lindsey, and Charles Lindsey (collectively, "Plaintiffs") to respond to Providence's motion. *See* Local

MINUTE ORDER - 1

Rules W.D. Wash. LCR 7(h)(3) ("No response to a motion for reconsideration shall be filed unless requested by the court.").

Plaintiffs' response must address how the parties may conduct jurisdictional discovery in compliance with RCW 70.02.060. Plaintiffs' response must not exceed 2,100 words and must be filed no later than April 21, 2023. Providence may file a reply, if any, not to exceed 1,050 words and no later than April 26, 2023.

The court DIRECTS the Clerk to renote Providence's motion (Dkt. # 69) for April 26, 2023. The court STAYS its order regarding jurisdictional discovery (Dkt. # 66) pending the resolution of Providence's motion for reconsideration.

Filed and entered this 13th day of April, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2