1  William A. Gilbert, WSBA #30592
Gilbert Law Firm, P.S.
2  421 W. Riverside Ave, Suite 353
Spokane, WA  99201
3  T: 509·321·0750
F: 509·343·3315
4  E: bill@wagilbert.com
Attorney for Plaintiffs
5

6

7

8

9                                                    The Honorable James L. Robart

10       UNITED STATES DISTRICT COURT OF THE WESTERN
                DISTRICT OF WASHINGTON AT SEATTLE
11

| | |
|---|---|
| 12  CAROLINE ANGULO, a single person, ERIC KELLER, a single person, and ISABEL LINDSEY and CHARLES LINDSEY, a 13  married couple, | NO.  22-CV-00915-JLR |
| 14                    Plaintiffs. | **ORDER GRANTING LEAVE TO PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT** [~~PROPOSED~~] |
| 15        v. | |
| 16  PROVIDENCE HEALTH & SERVICES WASHINGTON, a non-profit Washington 17  Corporation, also d/b/a PROVIDENCE ST. MARY MEDICAL CENTER; Dr. JASON A. 18  DREYER, DO, and JANE DOE DREYER, husband and wife and the marital community 19  thereof; Dr. DANIEL ELSKENS DO, and JANE DOE ELSKENS, husband and wife and 20  the marital community thereof; and JOHN/JANE DOES 1-10, and any marital 21  communities thereof, | |
| 22                    Defendants. | |

23
NO. 22-CV-00915-JLR
ORDER GRANTING LEAVE TO PLAINTIFFS TO
FILE SECOND AMENDED COMPLAINT
[~~PROPOSED~~]
PAGE 1 OF 2

**ORDER**

This matter having come before the Court upon Plaintiffs' Motion for Leave to File a Second Amended Complaint as proposed in their Exhibit A in that Motion, the Court being fully advised on the premises, and for good cause shown,

IT IS HEREBY ORDERED that:

Leave is hereby granted for Plaintiffs to file the Second Amended Complaint as proposed in their Exhibit A to their Motion for Leave to File Second Amended Complaint.  Plaintiff shall file and serve the Second Amended Complaint on all parties within fourteen (14) days of the filing of this Order.

It is SO ORDERED by the Court, this 8th day of May, 2023.

United States District Judge

NO. 22-CV-00915-JLR
ORDER GRANTING LEAVE TO PLAINTIFFS TO
FILE SECOND AMENDED COMPLAINT
[PROPOSED]
PAGE 2 OF 2