William A. Gilbert, WSBA #30592
Gilbert Law Firm, P.S.
421 W. Riverside Ave, Suite 353
Spokane, WA 99201
T: 509·321·0750
F: 509·343·3315
E: bill@wagilbert.com
Attorney for Plaintiffs

The Honorable James L. Robart

UNITED STATES DISTRICT COURT OF THE WESTERN
DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CAROLINE ANGULO, a single person, ERIC KELLER, a single person, and ISABEL LINDSEY and CHARLES LINDSEY, a married couple,<br><br>              Plaintiffs.<br><br>    v.<br><br>PROVIDENCE HEALTH & SERVICES WASHINGTON, a non-profit Washington Corporation, also d/b/a PROVIDENCE ST. MARY MEDICAL CENTER; Dr. JASON A. DREYER, DO, and JANE DOE DREYER, husband and wife and the marital community thereof; Dr. DANIEL ELSKENS DO, and JANE DOE ELSKENS, husband and wife and the marital community thereof; and JOHN/JANE DOES 1-10, and any marital communities thereof,<br><br>              Defendants. | NO. 22-CV-00915-JLR<br><br>**ERRATA RE SECOND AMENDED COMPLAINT** |

**GILBERT LAW FIRM, P.S.**
421 W. RIVERSIDE, STE 353
SPOKANE, WA 99201
T: (509) 321-0750 • F: (509) 343-3315

On April 7, 2023, Plaintiffs filed their Motion to Amend the Complaint and their proposed Second Amended Complaint was attached as Exhibit A to the Motion for review of the court, with the complaint's exhibits attached, per local rule.

By order dated Monday, May 8, 2023, the Court granted this Motion and instructed Plaintiffs to file and serve the proposed Second Amended Complaint.

After this Order, but before filing and serving the Second Amended Complaint, Plaintiffs' Counsel noticed that Exhibits 3 and 4, though referenced in the body of the new complaint, were inadvertently omitted from the Second Amended Complaint as proposed to this Court in its Motion to Amend. These two exhibits were included as exhibits in the first Amended Complaint, and so are not new material.

Plaintiffs alerted the other parties to this inadvertent omission from the proposed Second Amended Complaint, and no party had an objection to Plaintiffs correcting the Second Amended Complaint by adding Exhibits 3 and 4 at the time of filing the Second Amended Complaint. Thus, the Plaintiffs have filed the Second Amended Complaint with all correct exhibits attached.

DATED THIS 17th day of May, 2023

Respectfully Submitted,

GILBERT LAW FIRM, P.S.
Attorneys for Plaintiffs

By s/ William A. Gilbert
William A. Gilbert, WSBA #30592
Beth M. Bollinger, WSBA #26645
421 W. Riverside Avenue, Suite 353
Spokane, WA 99201
Telephone: (509) 321-0750
Email: bill@wagilbert.com
        beth@wagilbert.com

NO. 22-CV-00915-JLR
ERRATA
PAGE 2 OF 4

GILBERT LAW FIRM, P.S.
421 W. RIVERSIDE, STE 353
SPOKANE, WA 99201
T: (509) 321-0750 • F: (509) 343-3315

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the state of Washington, that I am now, and at all times material hereto, a citizen of the United States, a resident of the state of Washington, over the age of 18 years, not a party to, nor interested in the above-entitled action, and competent to be a witness herein. I caused to be served on this date the foregoing document in the manner indicated to the parties listed below:

***Counsel for Defendants Dr. Jason A. Dreyer, DO and Jane Doe Dreyer:***

Ryan M. Beaudoin, WSBA #30598   ☐   **HAND DELIVERY**
Jeffrey R. Galloway, WSBA #44059   ☐   **U.S. FIRST CLASS MAIL**
WITHERSPOON BRAJCICH MCPHEE,   ☐   **U.S. PRIORITY MAIL**
PLLC   ☒   **ECF/ELECTRONIC MAIL**
601 W Main, Ste. 1400
Spokane, WA 99201
rbeaudoin@workwith.com
jgalloway@workwith.com
bwilcox@workwith.com
jmcphee@workwith.com
sdixson@workwith.com

***Counsel for Defendants Dr. Daniel Elskens, DO and Jane Doe Elskens:***

Stephen M. Lamberson, WSBA #12985   ☐   **HAND DELIVERY**
Ronald A. Van Wert, WSBA #32050   ☐   **U.S. FIRST CLASS MAIL**
ETTER, MCMAHON, LAMBERSON,   ☐   **U.S. PRIORITY MAIL**
VAN WERT & ORESKOVICH, P.C.   ☒   **ECF/ELECTRONIC MAIL**
618 W. Riverside Ave., Ste. 210
Spokane, WA 99201
lambo@ettermcmahon.com
rvw@ettermcmahon.com

**GILBERT LAW FIRM, P.S.**
421 W. RIVERSIDE, STE 353
SPOKANE, WA 99201
T: (509) 321-0750 • F: (509) 343-3315

*Co-Counsel for Defendant Providence Health & Services Washington:*

| | | |
|---|---|---|
| Kenneth E. Payson, WSBA #26369 | ☐ | **HAND DELIVERY** |
| Ross Siler, WSBA #46486 | ☐ | **U.S. FIRST CLASS MAIL** |
| Olivia Powar, WSBA #59504 | ☐ | **U.S. PRIORITY MAIL** |
| DAVIS WRIGHT TREMAINE LLP | ☒ | **ECF/ELECTRONIC MAIL** |
| 920 Fifth Ave., Ste. 3300 | | |
| Seattle, WA 98104-1610 | | |
| kenpayson@dwt.com | | |
| ross.siler@dwt.com | | |
| oliviapowar@dwt.com | | |

*Co-Counsel for Defendant Providence Health & Services Washington:*

| | | |
|---|---|---|
| Jennifer K. Oetter, WSBA #26140 | ☐ | **HAND DELIVERY** |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | ☐ | **U.S. FIRST CLASS MAIL** |
| | ☐ | **U.S. PRIORITY MAIL** |
| 888 SW Fifth Ave., Ste. 900 | ☒ | **ECF/ELECTRONIC MAIL** |
| Portland, OR 97204-2025 | | |
| jennifer.oetter@lewisbrisbois.com | | |

DATED this 18th day of May 2023.

_____
RACHEL COOK, Paralegal

**GILBERT LAW FIRM, P.S.**
421 W. RIVERSIDE, STE 353
SPOKANE, WA 99201
T: (509) 321-0750 • F: (509) 343-3315