The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAROLINE ANGULO, a single person, ERIC KELLER, a single person, ISABEL LINDSEY and CHARLES LINDSEY, a married couple, and CHRISTINE BASH, individually and as a personal representative of the ESTATE OF STEVEN BASH,

Plaintiffs,

v.

PROVIDENCE HEALTH & SERVICES – WASHINGTON, a non-profit Washington corporation, also d/b/a PROVIDENCE ST. MARY MEDICAL CENTER; DR. JASON A. DREYER, D.O., and JANE DOE DREYER, husband and wife and the marital community thereof; DR. DANIEL ELSKENS, D.O., and JANE DOE ELSKENS, husband and wife and the marital community thereof; and JOHN/JANE DOES 1-10, and any martial communities thereof,

Defendants.

No. 2:22-cv-00915-JLR

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO SUBMIT JOINT STATEMENT

NOTE ON MOTION CALENDAR: June 16, 2023

## STIPULATED MOTION

In its Order dated May 15, 2023, the Court directed the parties to file a joint statement by June 16, 2023, discussing their proposals for the jurisdictional discovery process and remaining areas of dispute. Dkt. 79 at 11. The Parties have worked diligently to prepare their joint statement, but Providence's proposed administrator for the jurisdictional process (Angeion

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO SUBMIT JOINT STATEMENT (2:22-cv-00915-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Group) withdrew its bid to serve as administrator on the morning of this filing. Given Angeion Group's withdrawal and Providence's need to propose alternative administrator(s), the Parties request additional time to revise their joint statement for submission. Accordingly, the Parties ask that the Court extend the deadline for the Parties to file their joint statement to no later than June 21, 2023.

IT IS SO STIPULATED

RESPECTFULLY SUBMITTED this 16th day of June, 2023.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant Providence Health & Services – Washington

By s/ Ross Siler
  Kenneth E. Payson, WSBA #26369
  Ross Siler, WSBA #46486
  Olivia M. Powar, WSBA #59504
  920 Fifth Avenue, Suite 3300
  Seattle, WA 98104-1610
  Telephone: (206) 622-3150
  Email: kenpayson@dwt.com
    ross.siler@dwt.com
    oliviapowar@dwt.com

GILBERT LAW FIRM, P.S.
Attorneys for Plaintiffs

By s/ Beth M. Bollinger
  William A. Gilbert, WSBA #30592
  Beth M. Bollinger, WSBA #26645
  421 W. Riverside Avenue, Suite 353
  Spokane, WA 99201
  Telephone: (509) 321-0750
  Email: bill@wagilbert.com
    beth@wagilbert.com

WITHERSPOON BRAJCICH MCPHEE, PLLC
Attorneys for Defendants Jason Dreyer, DO and Jane Doe Dreyer

By s/ Ryan M. Beaudoin
  Ryan M. Beaudoin, WSBA #30598
  Jeffrey R. Galloway, WSBA #44059
  James A. McPhee, WSBA #26323
  Bryce J. Wilcox, WSBA #21728
  Steven J. Dixson, WSBA #38101
  601 W. Main Avenue, Suite 1400
  Spokane, WA 99201-0677
  Telephone: (509) 455-9077
  Email: rbeaudoin@workwith.com
    jgalloway@workwith.com
    jmcphee@workwith.com
    bwilcox@workwith.com

ETTER, MCMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
Attorneys for Defendants Daniel Elskens, DO and Jane Doe Elskens

By s/ Ronald A. Van Wert
  Stephen M. Lamberson, WSBA #12985
  Ronald A. Van Wert, WSBA #32050
  618 W. Riverside Avenue, Suite 210
  Spokane, WA 99201
  Telephone: (509) 747-9100
  Email: lambo74@ettermcmahon.com
    rvw@ettermcmahon.com

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND DEADLINE TO SUBMIT JOINT STATEMENT
(2:22-cv-00915-JLR)

**[PROPOSED] ORDER**

It is so ordered.

DATED this _____ day of _____, 2023.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND DEADLINE TO SUBMIT JOINT STATEMENT
(2:22-cv-00915-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I had the foregoing electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED: June 16, 2023

*s/ Ross Siler*
Ross Siler, WSBA #46486

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND DEADLINE TO SUBMIT JOINT STATEMENT
(2:22-cv-00915-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax