The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAROLINE ANGULO, a single person, ERIC KELLER, a single person, ISABEL LINDSEY and CHARLES LINDSEY, a married couple, and CHRISTINE BASH, individually and as a personal representative of the ESTATE OF STEVEN BASH,

Plaintiffs,

v.

PROVIDENCE HEALTH & SERVICES – WASHINGTON, a non-profit Washington corporation, also d/b/a PROVIDENCE ST. MARY MEDICAL CENTER; DR. JASON A. DREYER, D.O., and JANE DOE DREYER, husband and wife and the marital community thereof; DR. DANIEL ELSKENS, D.O., and JANE DOE ELSKENS, husband and wife and the marital community thereof; and JOHN/JANE DOES 1-10, and any martial communities thereof,

Defendants.

No. 2:22-cv-00915-JLR

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO SUBMIT JOINT STATEMENT

NOTE ON MOTION CALENDAR:
June 16, 2023

## STIPULATED MOTION

In its Order dated May 15, 2023, the Court directed the parties to file a joint statement by June 16, 2023, discussing their proposals for the jurisdictional discovery process and remaining areas of dispute. Dkt. 79 at 11. The Parties have worked diligently to prepare their joint statement, but Providence's proposed administrator for the jurisdictional process (Angeion

Group) withdrew its bid to serve as administrator on the morning of this filing. Given Angeion Group's withdrawal and Providence's need to propose alternative administrator(s), the Parties request additional time to revise their joint statement for submission. Accordingly, the Parties ask that the Court extend the deadline for the Parties to file their joint statement to no later than June 21, 2023.

    IT IS SO STIPULATED

    RESPECTFULLY SUBMITTED this 16th day of June, 2023.

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP<br>Attorneys for Defendant Providence Health & Services – Washington | GILBERT LAW FIRM, P.S.<br>Attorneys for Plaintiffs |
| By *s/ Ross Siler*<br>    Kenneth E. Payson, WSBA #26369<br>    Ross Siler, WSBA #46486<br>    Olivia M. Powar, WSBA #59504<br>    920 Fifth Avenue, Suite 3300<br>    Seattle, WA  98104-1610<br>    Telephone: (206) 622-3150<br>    Email: kenpayson@dwt.com<br>          ross.siler@dwt.com<br>          oliviapowar@dwt.com | By *s/ Beth M. Bollinger*<br>    William A. Gilbert, WSBA #30592<br>    Beth M. Bollinger, WSBA #26645<br>    421 W. Riverside Avenue, Suite 353<br>    Spokane, WA 99201<br>    Telephone: (509) 321-0750<br>    Email: bill@wagilbert.com<br>          beth@wagilbert.com |
| WITHERSPOON BRAJCICH MCPHEE, PLLC<br>Attorneys for Defendants Jason Dreyer, DO and Jane Doe Dreyer | ETTER, MCMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.<br>Attorneys for Defendants Daniel Elskens, DO and Jane Doe Elskens |
| By *s/ Ryan M. Beaudoin*<br>    Ryan M. Beaudoin, WSBA #30598<br>    Jeffrey R. Galloway, WSBA #44059<br>    James A. McPhee, WSBA #26323<br>    Bryce J. Wilcox, WSBA #21728<br>    Steven J. Dixson, WSBA #38101<br>    601 W. Main Avenue, Suite 1400<br>    Spokane, WA 99201-0677<br>    Telephone: (509) 455-9077<br>    Email: rbeaudoin@workwith.com<br>          jgalloway@workwith.com<br>          jmcphee@workwith.com<br>          bwilcox@workwith.com | By *s/ Ronald A. Van Wert*<br>    Stephen M. Lamberson, WSBA #12985<br>    Ronald A. Van Wert, WSBA #32050<br>    618 W. Riverside Avenue, Suite 210<br>    Spokane, WA 99201<br>    Telephone: (509) 747-9100<br>    Email: lambo74@ettermcmahon.com<br>          rvw@ettermcmahon.com |

STIPULATED MOTION AND [PROPOSED] ORDER
TO EXTEND DEADLINE TO SUBMIT JOINT STATEMENT
(2:22-cv-00915-JLR)

## [PROPOSED] ORDER

It is so ordered.

DATED this 16th day of June, 2023.

 _____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I had the foregoing electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.  All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED: June 16, 2023

*s/ Ross Siler*
Ross Siler, WSBA #46486