1
2
3
4
5
6
                                                                    The Honorable James L. Robart
7
                        UNITED STATES DISTRICT COURT
8                       WESTERN DISTRICT OF WASHINGTON
                                    SEATTLE
9

10  | CAROLINE ANGULO, a single person, ERIC | NO. 22-CV-00915-JLR |
    | KELLER, a single person, and ISABEL |
11  | LINDSEY and CHARLES LINDSEY, a | NOTICE OF LIMITED APPEARANCE OF
    | married couple, | ERIC A. NORMAN AND MICHELLE L.
12  |  | HYER ON BEHALF OF NON-PARTY
                              Plaintiffs. | MULTICARE HEALTH SYSTEM
13  v.

14  PROVIDENCE HEALTH & SERVICES
    WASHINGTON, a non-profit Washington
15  Corporation, also d/b/a PROVIDENCE ST.
    MARY MEDICAL CENTER; Dr. JASON A.
16  DREYER, DO, and JANE DOE DREYER,
    husband and wife and the marital community
17  thereof; Dr. DANIEL ELSKENS DO, and
    JANE DOE ELSKENS, husband and wife and
18  the marital community thereof; and
    JOHN/JANE DOES 1-10, and any marital
19  communities thereof,
20
21                          Defendants.
22
23       NOTES IS HEREBY GIVEN that attorneys Eric A. Norman and Michelle L. Hyer of

24  Fain Anderson VanDerhoef Rosendahl O'Halloran Spillane, PLLC, hereby enters a limited

25  appearance in the above-entitled action on behalf of non-party MultiCare Health System in the

NOTICE OF LIMITED APPEARANCE OF ERIC A.                **FAIN ANDERSON VANDERHOEF**
NORMAN AND MICHELLE L. HYER ON BEHALF OF               **ROSENDAHL O'HALLORAN SPILLANE, PLLC**
NON-PARTY MULTICARE HEALTH SYSTEM                      3131 Elliott Ave, Suite 300
                                                        Seattle, WA 98121
(22-CV-00915-JLR) - 1                                   p. 206-749-0094 • f. 206-749-0194

1  above cause and controversy solely for the purpose of objecting to and seeking to quash the
2  subpoena issued by Plaintiffs. Copies of all pleadings, papers, and filings, except service of
3  process, should be served upon Eric A. Norman and Michelle L. Hyer at the address stated below.
4  By this limited appearance, the non-party does not waive and expressly reserve any and all
5  applicable defenses.

6  DATED this 21st day of June, 2023, in Seattle, Washington.

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC

By *s/ Eric A. Norman*
Eric A. Norman, WSBA No. 37814
Attorney for MultiCare
3131 Elliott Ave, Suite 300
Seattle, WA 98121
Telephone: (206) 749-2371
Facsimile: (206) 749-0194
eric@favros.com

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC

By *s/ Michelle L. Hyer*
Michelle L. Hyer, WSBA No. 32724
Attorney for MultiCare
3131 Elliott Ave, Suite 300
Seattle, WA 98121
Telephone: (206) 515-2153
Facsimile: (206) 749-0194
michelleh@favros.com

NOTICE OF LIMITED APPEARANCE OF ERIC A. NORMAN AND MICHELLE L. HYER ON BEHALF OF NON-PARTY MULTICARE HEALTH SYSTEM

(22-CV-00915-JLR) - 2

**FAIN ANDERSON VANDERHOEF**
**ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Ave, Suite 300
Seattle, WA 98121
p. 206-749-0094 ・ f. 206-749-0194

# CERTIFICATE OF SERVICE

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| ***Counsel for Plaintiffs***<br>William A. Gilbert, WSBA No. 30592<br>Beth Bollinger, WSBA No. 26645<br>Gilbert Law Firm, P.S.<br>421 W. Riverside Avenue, Suite 353<br>Spokane, WA 99201<br>bill@wagilbert.com<br>beth@wagilbert.com | ☒ E-Filed with CM/ECF<br>☐ Facsimile<br>☐ Regular U.S. Mail<br>☒ E-mail |
| ***Counsel for Defendant Jason A. Dreyer, DO***<br>Ryan M. Beaudoin, WSBA No. 30598<br>Jeffrey R Galloway, WSBA No. 44059<br>Witherspoon Brajcich McPhee, PLLC<br>601 W. Main Ave. Ste. Suite 1400<br>Spokane, WA 99201<br>rbeaudoin@workwith.com<br>jgalloway@workwith.com | ☒ E-Filed with CM/ECF<br>☐ Facsimile<br>☐ Regular U.S. Mail<br>☒ E-mail |
| ***Counsel for Defendants Daniel Elskens, DO and Jane Doe Elskens***<br>Stephen M. Lamberson, WSBA No.12985<br>Ronald A. Van Wert, WSBA No. 32050<br>Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C.<br>618 W. Riverside Ave., Ste. 210<br>Spokane, WA 99201<br>lambo@ettermcmahon.com<br>rvw@ettermcmahon.com | ☒ E-Filed with CM/ECF<br>☐ Facsimile<br>☐ Regular U.S. Mail<br>☒ E-mail |
| ***Co-Counsel for Defendant Providence Health & Services Washington***<br>Kenneth E. Payson, WSBA No. 26369<br>Ross Siler, WSBA No. 46486<br>Olivia Powar, WSBA No. 59504<br>Davis Wright Tremaine LLP<br>920 Fifth Ave., Ste. 3300<br>Seattle, WA 98104-1610<br>kenpayson@dwt.com<br>ross.siler@dwt.com<br>oliviapowar@dwt.com | ☒ E-Filed with CM/ECF<br>☐ Facsimile<br>☐ Regular U.S. Mail<br>☒ E-mail |

NOTICE OF LIMITED APPEARANCE OF ERIC A. NORMAN AND MICHELLE L. HYER ON BEHALF OF NON-PARTY MULTICARE HEALTH SYSTEM

(22-CV-00915-JLR) - 3

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Ave, Suite 300
Seattle, WA 98121
p. 206-749-0094 • f. 206-749-0194

*Co-Counsel for Defendant Providence Health & Services Washington*
Jennifer K. Oetter, WSBA No. 26140
Lewis Brisbois Bisgaard & Smith LLP
888 SW Fifth Ave., Ste. 900
Portland, OR 97204-2025
jennifer.oetter@lewisbrisbois.com

☒ E-Filed with CM/ECF
☐ Facsimile
☐ Regular U.S. Mail
☒ E-mail

Signed at Seattle, Washington this 21st day of June, 2023.

*/s/ Esther Wong*
Esther Wong
Legal Assistant to Eric A. Norman

NOTICE OF LIMITED APPEARANCE OF ERIC A. NORMAN AND MICHELLE L. HYER ON BEHALF OF NON-PARTY MULTICARE HEALTH SYSTEM

(22-CV-00915-JLR) - 4

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Ave, Suite 300
Seattle, WA 98121
p. 206-749-0094 • f. 206-749-0194