William A. Gilbert, WSBA #30592
Gilbert Law Firm, P.S.
421 W. Riverside Ave, Suite 353
Spokane, WA  99201
T: 509·321·0750
F: 509·343·3315
E: bill@wagilbert.com
Attorney for Plaintiffs

The Honorable James L. Robart

UNITED STATES DISTRICT COURT OF THE WESTERN
DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CAROLINE ANGULO, a single person, ERIC KELLER, a single person, ISABEL LINDSEY and CHARLES LINDSEY, a married couple, and CHRISTINE BASH, individually and as a personal representative of the ESTATE OF STEVEN BASH,<br>　　　　　　　　Plaintiffs.<br>　　v.<br><br>PROVIDENCE HEALTH & SERVICES WASHINGTON, a non-profit Washington Corporation, also d/b/a PROVIDENCE ST. MARY MEDICAL CENTER; Dr. JASON A. DREYER, DO, and JANE DOE DREYER, husband and wife and the marital community thereof; Dr. DANIEL ELSKENS DO, and JANE DOE ELSKENS, husband and wife and the marital community thereof; and JOHN/JANE DOES 1-10, and any marital communities thereof,<br>　　　　　　　　Defendants. | NO.  2:22-cv-00915-JLR<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFFS RESPONSE TO NON-PARTY MULTICARE MOTION TO QUASH** |

NO. 2:22-cv-00915
DECLARATION OF COUNSEL IN SUPPORT OF
PLAINTIFFS RESPONSE TO NON-PARTY
MULTICARE'S MOTION TO QUASH
PAGE 1 OF 4

**GILBERT LAW FIRM, P.S.**
421 W. RIVERSIDE, STE 353
SPOKANE, WA 99201
T: (509) 321-0750 • F: (509) 343-3315

I, Beth M. Bollinger, declare under penalty of perjury of the laws of the State of Washington that the following is true and correct:

1. I am an attorney with the Gilbert Law Firm, which represents the Plaintiff Representatives in the above-captioned matter. I make this declaration based on personal knowledge and am competent to be a witness herein.

2. Parties have begun discovery in the MultiCare class action in Spokane County Superior Court and MultiCare has produced some responses, but no motions to compel have been filed. MultiCare has set a motion as to judge assignments in that case for August 4, 2023, and a status conference is set for August 18, 2023. Any discovery motions will need to be filed after that.

3. Attached as **Exhibit 1** are true and correct copies of three emails exchanged between counsel for Plaintiffs and MultiCare Health Systems ("MultiCare"), sent June 2, 2023; June 5, 2023; and June 5, 2023, prior to the Zoom conference between counsel on June 5, 2023.

4. Attached to the declaration of Eric Norman (MultiCare counsel) is the letter by Plaintiffs' counsel written on June 7, 2023, sent to memorialize the numerous points discussed in the June 5 Zoom conference and to provide a proposed subpoena. Since Mr. Norman provided this letter to the Court already in his declaration at his Exhibit B, we do not provide it again here.

5. Attached as **Exhibit 2** are true and correct copies of excerpts of the Order Approving Plaintiffs' Class Notice Plan, entered on August 16, 2002, in the *Wright v. Jeckle* matter, Spokane County Superior Court Case No. 98-2-07410-2. This excerpt includes the body of the Court's Order as well as the opt-out form used there, which was used as a model for the opt-out form suggested by Plaintiffs at Exhibits A-1 and A-2 of Docket No. 92 (Joint Statement). The complete *Wright v. Jeckle* Order dated August 16, 2002 is found at Docket No. 93, Exhibit 6.

NO. 2:22-cv-00915
DECLARATION OF COUNSEL IN SUPPORT OF
PLAINTIFFS RESPONSE TO NON-PARTY
MULTICARE'S MOTION TO QUASH
PAGE 2 OF 4

**GILBERT LAW FIRM, P.S.**
421 W. RIVERSIDE, STE 353
SPOKANE, WA 99201
T: (509) 321-0750 • F: (509) 343-3315

6. Attached as **Exhibit 3** are true and correct copies of excerpts of documents obtained from the Washington Department of Health that show (a) WDOH's investigation into Providence in response to its settlement with the DOJ in the spring of 2022, (b) its ultimate findings that Providence failed to comply with its mandatory reporting requirements in compliance with RCW 70.41.210, and (c) a Plan of Correction entered by Providence in December 2022 to address future compliance with mandatory reporting requirements.. These excerpts were also attached as Exhibit 8 to the June 21, 2023 Declaration of Counsel (see Docket No. 93) filed in connection with the parties' Joint Statement on Jurisdictional Discovery, but are included here for convenience of the parties.

DATED this 3rd day of July in Spokane, Washington.

GILBERT LAW FIRM, P.S.

By: *s/Beth M. Bollinger*
BETH M. BOLLINGER, WSBA #26645
Attorneys for Plaintiffs

NO. 2:22-cv-00915
DECLARATION OF COUNSEL IN SUPPORT OF
PLAINTIFFS RESPONSE TO NON-PARTY
MULTICARE'S MOTION TO QUASH
PAGE 3 OF 4

GILBERT LAW FIRM, P.S.
421 W. RIVERSIDE, STE 353
SPOKANE, WA 99201
T: (509) 321-0750 • F: (509) 343-3315

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I had the foregoing electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 3rd day of July 2023.

_____
JOEL CHAVEZ

NO. 2:22-cv-00915
DECLARATION OF COUNSEL IN SUPPORT OF
PLAINTIFFS RESPONSE TO NON-PARTY
MULTICARE'S MOTION TO QUASH
PAGE 4 OF 4

**GILBERT LAW FIRM, P.S.**
421 W. RIVERSIDE, STE 353
SPOKANE, WA 99201
T: (509) 321-0750 • F: (509) 343-3315