# **EXHIBIT 1**

**Subject:** Angulo et al v. Providence et al - court order on discovery
**Date:** Friday, June 2, 2023 at 9:01:13 AM Pacific Daylight Time
**From:** Beth Bollinger
**To:** Eric Norman, Michelle L. Hyer, Esther W. Wong, Morgan A. Ferrario, Bill Gilbert, Hannah Arnold, Joel Chavez, Rachel Cook
**Attachments:** 83 - 5.23.2023 Order Granting Subpoena Request to MultiCare.pdf, image001.png, image002.png, image003.png

Dear Eric and Michelle,

I wanted to let you know that the federal judge in the Angulo v. Providence class action – Judge Robart – has issued an order allowing us to issue discovery to MultiCare so that we can obtain residency and citizenship information for the MultiCare patients who are covered in the Providence case (I think you are aware of the possibility of this, since you already sent us copies of the original order and our supplemental briefing in that case).

I'm attaching a copy of the Judge Robart's new Order here.

We are in the process of determining release of Providence patient contact information, given privacy laws – and presume we will propose a similar solution to be applied for MultiCare patients. We would like to speak with you both about next steps before formally issuing a subpoena to MultiCare to see if we can ascertain the easiest method for us all to retrieve the jurisdictional discovery needed.

Thanks in advance for your assistance – let us know your availability next week to talk. Best, Beth

**Beth Bollinger, Esq.**
Gilbert Law Firm
421 W. Riverside Avenue, Suite. 353
Spokane, WA 99201
p: 509.321.0750 f: 509.343.3315 Cell: 509.220.2203
beth@wagilbert.com| www.wagilbert.com



Confidentiality Notice: This e-mail message, from Gilbert Law Firm, P.S., including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. The recipient is responsible to maintain the confidentiality of this information and to use the information only for authorized purposes. If you are not the intended recipient (or authorized to receive information for the intended recipient), you are hereby notified that any review, use, disclosure, distribution, copying, printing, or action taken in reliance on the contents of this e-mail is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail and destroy all copies of the original message. Thank you.
--

| | |
|---|---|
| **Subject:** | RE: Angulo et al v. Providence et al - court order on discovery |
| **Date:** | Monday, June 5, 2023 at 1:29:49 PM Pacific Daylight Time |
| **From:** | Eric A. Norman |
| **To:** | Beth Bollinger, Bill Gilbert, Hannah Arnold, Joel Chavez, Rachel Cook |
| **CC:** | Morgan A. Ferrario, Esther W. Wong, Michelle L. Hyer, Ian R. Ducey |

**Attachments:** image004.png, image006.png, image005.jpg, image008.png, image010.jpg, image012.png

Beth,

You can send me the subpoena. We will be moving to quash per Judge Robart's order:

> [3] The court takes no present position on whether MultiCare must respond to the subpoena. *See* Fed. R. Civ. P. 45(d)(3)(A)(iii) ("On timely motion, the court . . . must quash or modify a subpoena that requires disclosure of privileged or other protected matter"); *Herrera v. City of Los Angeles*, Case No. 2:16-cv-2719-DSF (SKx), 2017 WL 8811268, at *2 (C.D. Cal. March 9, 2017) (quashing subpoena that sought information protected by the Health Insurance Portability & Accountability Act).

Without waiver of any objections to the subpoena, what third party administrator are you using in Angulo? I know Providence is not releasing patient names directly to plaintiffs or their counsel.

Thanks,

**Eric A. Norman**, Attorney
701 Fifth Ave., Suite 4750
Seattle, WA 98104
206-749-2371
www.favros.com

**FAVROS** | LAW
Fain Anderson VanDerhoef Rosendahl O'Halloran Spillane pllc

FAVROS Law will be moving to a new Seattle location (address below). Please update your records accordingly. *Phone, email, and fax will remain unchanged.

**Effective June 12, 2023 our new address will be:**
**3131 Elliott Avenue, Suite 300**
**Seattle, WA 98121**

**Subject:** Re: Angulo et al v. Providence et al - court order on discovery
**Date:** Monday, June 5, 2023 at 1:38:19 PM Pacific Daylight Time
**From:** Beth Bollinger
**To:** Eric A. Norman, Bill Gilbert, Hannah Arnold, Joel Chavez, Rachel Cook
**CC:** Morgan A. Ferrario, Esther W. Wong, Michelle L. Hyer, Ian R. Ducey
**Attachments:** image001.png, image002.png, image003.png, image004.jpg, image005.png, image006.png, image007.jpg, image008.png

I've begun, but have not completed, the subpoena since we are talking to you in a half hour. We can send it to you after we talk and once it is finalized.

With Providence, we are filing with the Court no later than the end of next week – either with a joint proposal or with separate proposals and a joint statement on different approaches. We are investigating third party administrators and are getting a bid from Walt's Mailing Service here in Spokane, who has done a lot of class action work for firms around here, including Lukins & Annis.

Talk to you soon, Beth

Beth Bollinger, Esq.
Gilbert Law Firm
421 W. Riverside Avenue, Suite. 353
Spokane, WA 99201
p: 509.321.0750 f: 509.343.3315 Cell: 509.220.2203
beth@wagilbert.com| www.wagilbert.com

  

Confidentiality Notice: This e-mail message, from Gilbert Law Firm, P.S., including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. The recipient is responsible to maintain the confidentiality of this information and to use the information only for authorized purposes. If you are not the intended recipient (or authorized to receive information for the intended recipient), you are hereby notified that any review, use, disclosure, distribution, copying, printing, or action taken in reliance on the contents of this e-mail is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail and destroy all copies of the original message. Thank you.
--

**From:** Eric A. Norman <eric@favros.com>
**Date:** Monday, June 5, 2023 at 1:29 PM
**To:** Beth Bollinger <beth@wagilbert.com>, Bill Gilbert <bill@wagilbert.com>, Hannah Arnold <hannah@wagilbert.com>, Joel Chavez <joel@wagilbert.com>, Rachel Cook <rachel@wagilbert.com>
**Cc:** Morgan A. Ferrario <morgan@favros.com>, Esther W. Wong <esther@favros.com>, Michelle L. Hyer <michelleh@favros.com>, Ian R. Ducey <ian@favros.com>
**Subject:** RE: Angulo et al v. Providence et al - court order on discovery