William A. Gilbert, WSBA #30592
Gilbert Law Firm, P.S.
421 W. Riverside Ave, Suite 353
Spokane, WA 99201
T: 509·321·0750
F: 509·343·3315
E: bill@wagilbert.com
Attorney for Plaintiffs

The Honorable James L. Robart

UNITED STATES DISTRICT COURT OF THE WESTERN
DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CAROLINE ANGULO, a single person, ERIC KELLER, a single person, ISABEL LINDSEY and CHARLES LINDSEY, a married couple, and CHRISTINE BASH, individually and as a personal representative of the ESTATE OF STEVEN BASH,<br>　　　　　　　　　Plaintiffs.<br>　　v.<br>PROVIDENCE HEALTH & SERVICES WASHINGTON, a non-profit Washington Corporation, also d/b/a PROVIDENCE ST. MARY MEDICAL CENTER; Dr. JASON A. DREYER, DO, and JANE DOE DREYER, husband and wife and the marital community thereof; Dr. DANIEL ELSKENS DO, and JANE DOE ELSKENS, husband and wife and the marital community thereof; and JOHN/JANE DOES 1-10, and any marital communities thereof,<br>　　　　　　　　　Defendants. | NO. 2:22-cv-00915-JLR<br><br>**NOTICE OF INTENT BY PLAINTIFFS TO FILE SURREPLY TO REPLY BY NON-PARTY MULTICARE RE: MULTICARE MOTION TO QUASH**<br><br>NOTE ON MOTION CALENDAR:<br>July 7, 2023 |

NO. 2:22-cv-00915
NOTICE OF PLAINTIFFS' INTENT TO FILE
SURREPLY TO REPLY BY NON-PARTY
MULTICARE RE: MOTION TO QUASH
PAGE 1 OF 3

GILBERT LAW FIRM, P.S.
421 W. RIVERSIDE, STE 353
SPOKANE, WA 99201
T: (509) 321-0750 • F: (509) 343-3315

Pursuant to Local Rule 7(g), Plaintiffs hereby gives notice that they intend to file a surreply in response to the Reply Brief filed by non-party MultiCare Health Systems ("MultiCare") on July 7, 2023. See Docket No. 99. Specifically, Plaintiffs intend to move to strike lines 22-25 of page 2 of the Reply and lines 1-8 of page 3.

DATED THIS 12th day of July 2023.

Respectfully Submitted,

GILBERT LAW FIRM, P.S.
Attorneys for Plaintiffs

By *s/ Beth M. Bollinger*
William A. Gilbert, WSBA #30592
Beth M. Bollinger, WSBA #26645
421 W. Riverside Avenue, Suite 353
Spokane, WA 99201
Telephone: (509) 321-0750
Email: bill@wagilbert.com
beth@wagilbert.com

NO. 2:22-cv-00915
NOTICE OF PLAINTIFFS' INTENT TO FILE
SURREPLY TO REPLY BY NON-PARTY
MULTICARE RE: MOTION TO QUASH
PAGE 2 OF 3

GILBERT LAW FIRM, P.S.
421 W. RIVERSIDE, STE 353
SPOKANE, WA 99201
T: (509) 321-0750 • F: (509) 343-3315

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I had the foregoing electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 12th day of July 2023.

*/s/ Joel Chavez*

JOEL CHAVEZ

NO. 2:22-cv-00915
NOTICE OF PLAINTIFFS' INTENT TO FILE
SURREPLY TO REPLY BY NON-PARTY
MULTICARE RE: MOTION TO QUASH
PAGE 3 OF 3

GILBERT LAW FIRM, P.S.
421 W. RIVERSIDE, STE 353
SPOKANE, WA 99201
T: (509) 321-0750 • F: (509) 343-3315