The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| CAROLINE ANGULO, a single person, ERIC KELLER, a single person, and ISABEL LINDSEY and CHARLES LINDSEY, a married couple,<br><br>                    Plaintiffs.<br><br>v.<br><br>PROVIDENCE HEALTH & SERVICES WASHINGTON, a non-profit Washington Corporation, also d/b/a PROVIDENCE ST. MARY MEDICAL CENTER; Dr. JASON A. DREYER, DO, and JANE DOE DREYER, husband and wife and the marital community thereof; Dr. DANIEL ELSKENS DO, and JANE DOE ELSKENS, husband and wife and the marital community thereof; and JOHN/JANE DOES 1-10, and any marital communities thereof,<br><br>                    Defendants. | NO. 22-CV-00915-JLR<br><br>**NON-PARTY MULTICARE HEALTH SYSTEM'S PRAECIPE TO CORRECT REPLY**<br><br>**NOTE ON MOTION CALENDAR: Reset for July 12, 2023**<br><br>**Request for Oral Argument** |

## I. PRAECIPE TO CORRECT REPLY BY DELETION

Non-Party MultiCare seeks by this praecipe to file a correct Reply, Docket No. 99. This Court's local rules provide:

NON-PARTY MULTICARE HEALTH SYSTEM'S
PRAECIPE TO CORRECT REPLY - 1

Fain Anderson VanDerhoef
Rosendahl O'Halloran Spillane, PLLC
3131 Elliott Ave, Suite 300
Seattle, WA 98121
p. 206-749-0094 • f. 206-749-0194

1  In the event that an error is discovered, a party should file, as promptly as
2  possible, a praecipe requesting that the court consider a corrected document,
   which must be filed as an attachment to the praecipe. The praecipe must specify
3  by docket number the document being corrected and the corrections by page and
   line number.

4 LCR 7(m). Plaintiff's Sur-Reply has alerted counsel for MultiCare to an erroneous citation to

5 superseded authority in MultiCare's Reply, Docket No. 99. MultiCare's counsel agrees that the

6 reliance on superseded authority was in error. Pursuant to the obligation under LCR 7(m),

7 counsel for MultiCare submits this praecipe and proposed corrected Reply that removes the

8 erroneous material as follows:

10  1. On Page 2, deletion of lines 17-25;

11  2. On Page 3, deletion of lines 1-2;

12  3. The word count in the certification and the date of signature block are updated
13     accordingly.

15  The proposed corrected Reply (with the material above deleted) is filed as an attachment

16 to this praecipe per LCR 7(m). Nothing else has been altered in the corrected Reply,

17 Docket No. 99.

18  DATED this 17th day of July, 2023, in Seattle, Washington.

19                                  FAIN ANDERSON VANDERHOEF
                                    ROSENDAHL O'HALLORAN SPILLANE, PLLC
20

21                                  By *s/ Michelle L. Hyer*
                                    Michelle L. Hyer, WSBA No. 32724
22                                  Attorney for MultiCare
                                    3131 Elliott Ave, Suite 300
23                                  Seattle, WA 98121
                                    Telephone: (206) 515-2153
24                                  Facsimile: (206) 749-0194
                                    michelleh@favros.com
25

NON-PARTY MULTICARE HEALTH SYSTEM'S
PRAECIPE TO CORRECT REPLY - 2

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC
3131 Elliott Ave, Suite 300
Seattle, WA 98121
p. 206-749-0094 • f. 206-749-0194

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| ***Counsel for Plaintiffs***<br>William A. Gilbert, WSBA No. 30592<br>Beth Bollinger, WSBA No. 26645<br>Gilbert Law Firm, P.S.<br>421 W. Riverside Avenue, Suite 353<br>Spokane, WA 99201<br>bill@wagilbert.com<br>beth@wagilbert.com | ☒ E-Filed with CM/ECF<br>☐ Facsimile<br>☐ Regular U.S. Mail<br>☒ E-mail |
| ***Counsel for Defendant Jason A. Dreyer, DO***<br>Ryan M. Beaudoin, WSBA No. 30598<br>Jeffrey R Galloway, WSBA No. 44059<br>Witherspoon Brajcich McPhee, PLLC<br>601 W. Main Ave. Ste. Suite 1400<br>Spokane, WA 99201<br>rbeaudoin@workwith.com<br>jgalloway@workwith.com | ☒ E-Filed with CM/ECF<br>☐ Facsimile<br>☐ Regular U.S. Mail<br>☒ E-mail |
| ***Counsel for Defendants Daniel Elskens, DO and Jane Doe Elskens***<br>Stephen M. Lamberson, WSBA No.12985<br>Ronald A. Van Wert, WSBA No. 32050<br>Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C.<br>618 W. Riverside Ave., Ste. 210<br>Spokane, WA 99201<br>lambo@ettermcmahon.com<br>rvw@ettermcmahon.com | ☒ E-Filed with CM/ECF<br>☐ Facsimile<br>☐ Regular U.S. Mail<br>☒ E-mail |
| ***Co-Counsel for Defendant Providence Health & Services Washington***<br>Kenneth E. Payson, WSBA No. 26369<br>Ross Siler, WSBA No. 46486<br>Olivia Powar, WSBA No. 59504<br>Davis Wright Tremaine LLP<br>920 Fifth Ave., Ste. 3300<br>Seattle, WA 98104-1610<br>kenpayson@dwt.com<br>ross.siler@dwt.com<br>oliviapowar@dwt.com | ☒ E-Filed with CM/ECF<br>☐ Facsimile<br>☐ Regular U.S. Mail<br>☒ E-mail |

NON-PARTY MULTICARE HEALTH SYSTEM'S
PRAECIPE TO CORRECT REPLY - 3

Fain Anderson VanDerhoef
Rosendahl O'Halloran Spillane, PLLC
3131 Elliott Ave, Suite 300
Seattle, WA 98121
p. 206-749-0094 • f. 206-749-0194

*Co-Counsel for Defendant Providence Health & Services Washington*
Jennifer K. Oetter, WSBA No. 26140
Lewis Brisbois Bisgaard & Smith LLP
888 SW Fifth Ave., Ste. 900
Portland, OR 97204-2025
jennifer.oetter@lewisbrisbois.com

☒ E-Filed with CM/ECF
☐ Facsimile
☐ Regular U.S. Mail
☒ E-mail

Signed at Seattle, Washington this 17th day of July, 2023.

*/s/ Esther Wong*
Esther Wong, Legal Assistant

NON-PARTY MULTICARE HEALTH SYSTEM'S PRAECIPE TO CORRECT REPLY - 4

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC
3131 Elliott Ave, Suite 300
Seattle, WA 98121
p. 206-749-0094 • f. 206-749-0194