The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROLINE ANGULO, a single person, ERIC KELLER, a single person, ISABEL LINDSEY and CHARLES LINDSEY, a married couple, and CHRISTINE BASH, individually and as a personal representative of the ESTATE OF STEVEN BASH,<br><br>Plaintiffs,<br><br>v.<br><br>PROVIDENCE HEALTH & SERVICES – WASHINGTON, a non-profit Washington corporation, also d/b/a PROVIDENCE ST. MARY MEDICAL CENTER; DR. JASON A. DREYER, D.O., and JANE DOE DREYER, husband and wife and the marital community thereof; DR. DANIEL ELSKENS, D.O., and JANE DOE ELSKENS, husband and wife and the marital community thereof; and JOHN/JANE DOES 1-10, and any martial communities thereof,<br><br>Defendants. | No. 2:22-cv-00915-JLR<br><br>NOTICE OF WITHDRAWAL OF OLIVIA POWAR<br><br>*[Clerk's Action Required]* |

TO:             CLERK OF THE COURT

AND TO:   ALL PARTIES AND ALL COUNSEL OF RECORD

Notice is hereby given pursuant to LCR 83.2(b)(2)-(3) that Olivia Powar of Davis Wright Tremaine LLP withdraws as counsel for Defendant Providence Health & Services –

NOTICE OF WITHDRAWAL - 1
(2:22-cv-00915-JLR)

1 Washington.  Providence's remaining counsel, Kenneth E. Payson and Ross Siler of Davis
2 Wright Tremaine LLP, will continue to represent Providence.
3      DATED this 8th day of November, 2023.

Respectfully submitted,

*s/ Olivia M. Powar*
Olivia M. Powar, WSBA #59504
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Email: Oliviapowar@dwt.com

***Withdrawing Attorney***

*s/ Kenneth E. Payson*
Kenneth E. Payson, WSBA #26369
Email: kenpayson@dwt.com

*s/ Ross C. Siler*
Ross C. Siler, WSBA #46486
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700
Email: Ross.siler@dwt.com

***Remaining Attorneys***

NOTICE OF WITHDRAWAL - 2
(2:22-cv-00915-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
(206) 622-3150 main · (206) 757-7700 fax

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ryan M. Beaudoin
rbeaudoin@workwith.com

Jeffrey R. Galloway
jgalloway@workwith.com

Ronald A. Van Wert
rvw@ettermcmahon.com

Stephen Maurice Lamberson
lambo74@ettermcmahon.com

William A. Gilbert
bill@wagilbert.com

And I hereby certify that on this day I caused to be mailed by U.S. Mail postage prepaid the foregoing document to the following non CM/ECF participants counsel for other parties:

Ashley A. Richards
Beth Bollinger
GILBERT LAW FIRM, P.S.
421 W. Riverside Avenue, Suite 353
Spokane, WA 99201

Terrance G. Reed
LANKFORD & REED, PLLC
120 North St Asaph Street
Alexandria, VA 22314

DATED November 8, 2023.

*s/ Olivia M. Powar*
Olivia M. Powar, WSBA #59504

NOTICE OF WITHDRAWAL - 3
(2:22-cv-00915-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
(206) 622-3150 main · (206) 757-7700 fax