The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| CAROLINE ANGULO, a single person, ERIC KELLER, a single person, and ISABEL LINDSEY and CHARLES LINDSEY, a married couple,<br><br>                              Plaintiffs.<br>v.<br><br>PROVIDENCE HEALTH & SERVICES WASHINGTON, a non-profit Washington Corporation, also d/b/a PROVIDENCE ST. MARY MEDICAL CENTER; Dr. JASON A. DREYER, DO, and JANE DOE DREYER, husband and wife and the marital community thereof; Dr. DANIEL ELSKENS DO, and JANE DOE ELSKENS, husband and wife and the marital community thereof; and JOHN/JANE DOES 1-10, and any marital communities thereof,<br><br>                              Defendants. | NO. 22-CV-00915-JLR<br><br>NOTICE OF UNAVAILABILITY |

PLEASE TAKE NOTICE that Eric A. Norman, lead counsel for non-party MultiCare Health System, will be unavailable to respond to motions or discovery, or participate in depositions, hearings, or other formal actions for the following dates:

NOTICE OF UNAVAILABILITY
(22-CV-00915-JLR) - 1

**FAIN ANDERSON VANDERHOEF**
**ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Ave, Suite 300
Seattle, WA 98121
p. 206-749-0094 • f. 206-749-0194

1  November 22-24, 2023

2  December 21, 2023-January 1, 2024

3  January 5th, 2024

4  February 16-23, 2024

5  April 8-12, 2024

6  July 11-12, 2024

Non-party MultiCare Health System respectfully requests that no matter in the above-entitled case be noted between said dates or immediately thereafter so as to preclude adequate preparation.

DATED this 17th day of November, 2023, in Seattle, Washington.

                              FAIN ANDERSON VANDERHOEF
                              ROSENDAHL O'HALLORAN SPILLANE, PLLC

By *s/ Eric A. Norman*_____
Eric A. Norman, WSBA No. 37814
Attorney for MultiCare
3131 Elliott Ave, Suite 300
Seattle, WA 98121
Telephone: (206) 749-2371
Facsimile: (206) 749-0194
eric@favros.com

NOTICE OF UNAVAILABILITY
(22-CV-00915-JLR) - 2

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC
3131 Elliott Ave, Suite 300
Seattle, WA 98121
p. 206-749-0094 · f. 206-749-0194

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| ***Counsel for Plaintiffs***<br>William A. Gilbert, WSBA No. 30592<br>Beth Bollinger, WSBA No. 26645<br>Gilbert Law Firm, P.S.<br>421 W. Riverside Avenue, Suite 353<br>Spokane, WA 99201<br>bill@wagilbert.com<br>beth@wagilbert.com | ☒ E-Filed with CM/ECF<br>☐ Facsimile<br>☐ Regular U.S. Mail<br>☒ E-mail |
| ***Counsel for Defendant Jason A. Dreyer, DO***<br>Ryan M. Beaudoin, WSBA No. 30598<br>Jeffrey R Galloway, WSBA No. 44059<br>Witherspoon Brajcich McPhee, PLLC<br>601 W. Main Ave. Ste. Suite 1400<br>Spokane, WA 99201<br>rbeaudoin@workwith.com<br>jgalloway@workwith.com | ☒ E-Filed with CM/ECF<br>☐ Facsimile<br>☐ Regular U.S. Mail<br>☒ E-mail |
| ***Counsel for Defendants Daniel Elskens, DO and Jane Doe Elskens***<br>Stephen M. Lamberson, WSBA No.12985<br>Ronald A. Van Wert, WSBA No. 32050<br>Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C.<br>618 W. Riverside Ave., Ste. 210<br>Spokane, WA 99201<br>lambo@ettermcmahon.com<br>rvw@ettermcmahon.com | ☒ E-Filed with CM/ECF<br>☐ Facsimile<br>☐ Regular U.S. Mail<br>☒ E-mail |
| ***Co-Counsel for Defendant Providence Health & Services Washington***<br>Kenneth E. Payson, WSBA No. 26369<br>Ross Siler, WSBA No. 46486<br>Davis Wright Tremaine LLP<br>920 Fifth Ave., Ste. 3300<br>Seattle, WA 98104-1610<br>kenpayson@dwt.com<br>ross.siler@dwt.com | ☒ E-Filed with CM/ECF<br>☐ Facsimile<br>☐ Regular U.S. Mail<br>☒ E-mail |

NOTICE OF UNAVAILABILITY

(22-CV-00915-JLR) - 3

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Ave, Suite 300
Seattle, WA 98121
p. 206-749-0094 · f. 206-749-0194

| | |
|---|---|
| *Co-Counsel for Defendant Providence Health & Services Washington* <br> Jennifer K. Oetter, WSBA No. 26140 <br> Lewis Brisbois Bisgaard & Smith LLP <br> 888 SW Fifth Ave., Ste. 900 <br> Portland, OR 97204-2025 <br> jennifer.oetter@lewisbrisbois.com | ☒ E-Filed with CM/ECF <br> ☐ Facsimile <br> ☐ Regular U.S. Mail <br> ☒ E-mail |

Signed at Seattle, Washington this 17th day of November, 2023.

*/s/ Esther Wong*
Esther Wong
Legal Assistant to Eric A. Norman

NOTICE OF UNAVAILABILITY

(22-CV-00915-JLR) - 4

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Ave, Suite 300
Seattle, WA 98121
p. 206-749-0094 • f. 206-749-0194