William A. Gilbert, WSBA #30592
Gilbert Law Firm, P.S.
421 W. Riverside Ave, Suite 353
Spokane, WA 99201
T: 509·321·0750
F: 509·343·3315
E: bill@wagilbert.com
Attorney for Plaintiffs

The Honorable James L. Robart

UNITED STATES DISTRICT COURT OF THE WESTERN
DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CAROLINE ANGULO, a single person, ERIC KELLER, a single person, ISABEL LINDSEY and CHARLES LINDSEY, a married couple, and CHRISTINE BASH, individually and as a personal representative of the ESTATE OF STEVEN BASH,<br><br>Plaintiffs.<br><br>v.<br><br>PROVIDENCE HEALTH & SERVICES WASHINGTON, a non-profit Washington Corporation, also d/b/a PROVIDENCE ST. MARY MEDICAL CENTER; Dr. JASON A. DREYER, DO, and JANE DOE DREYER, husband and wife and the marital community thereof; Dr. DANIEL ELSKENS DO, and JANE DOE ELSKENS, husband and wife and the marital community thereof; and JOHN/JANE DOES 1-10, and any marital communities thereof,<br><br>Defendants. | NO. 2:22-cv-00915-JLR<br><br>**DECLARATION OF WILLIAM A. GILBERT IN SUPPORT OF MOTION TO CERTIFY CLASS** |

DECLARATION OF WILLIAM A. GILBERT IN
SUPPORT OF MOTION TO CERTIFY CLASS
NO. 2:22-cv-00915
PAGE 1 OF 5

**GILBERT LAW FIRM, P.S.**
421 W. RIVERSIDE, STE 353
SPOKANE, WA 99201
T: (509) 321-0750 • F: (509) 343-3315

I, WILLIAM A. GILBERT, declare under penalty of perjury of the laws of the United States and the State of Washington that the following is true and correct:

1. I am an attorney with the Gilbert Law Firm, which represents the Plaintiff Representatives in the above-captioned matter. I make this declaration based on personal knowledge and am competent to be a witness herein.

2. I have been a member of the Washington Bar since October, 2000. I am licensed to practice in all Washington State and Federal Courts as well as the Ninth Circuit Court of Appeals. I have also been admitted to practice, *pro hac vice*, in state and federal courts across the United States throughout my career.

3. Prior to becoming an attorney, I served my country in the military for four years and also served four years as a deputy sheriff.

4. I am currently the managing member of Gilbert Law Firm, P.S. with main offices in Spokane, Washington and a satellite office in Moses Lake, Washington, as well as Everett, Washington (for purposes of this case in particular) and have been the managing member of the Gilbert Law Firm since it opened in 2015. Our website is: https://wagilbert.com/

5. Prior to this, I was a partner in the law firm of Olive, Bearb, Grelish & Gilbert, PLLC in Seattle, Washington.

6. Prior to being asked to join Olive, Bearb, Grelish & Gilbert PLLC, I was a principal with Dano & Gilbert, PLLC in Moses Lake, Washington. Dano & Gilbert PLLC dissolved when my partner of 12 years, Garth Dano, decided to run for public office and became the Grant County Prosecutor in Washington State (since retired from office). Prior to Dano & Gilbert, PLLC I was a principal with Dano, Gilbert & Ahrend, PLLC. Prior to this, I was an associate with the currently named Layman Law Firm in Spokane, Washington.

DECLARATION OF WILLIAM A. GILBERT IN SUPPORT OF MOTION TO CERTIFY CLASS
NO. 2:22-cv-00915
PAGE 2 OF 5

**GILBERT LAW FIRM, P.S.**
421 W. RIVERSIDE, STE 353
SPOKANE, WA 99201
T: (509) 321-0750 • F: (509) 343-3315

7. My practice is mainly composed of civil litigation matters to include, without limitation, tort, medical negligence, qui tam, employment, civil rights, and government liability. I have also litigated, or assisted in litigating, a number of business litigation matters including anti-trust, and trade secrets cases. I have worked on one class action case which was litigated in Spokane County, Washington. I have also litigated and am currently litigating a multi-plaintiff / multi-jurisdiction case which includes filings in Honduras, El Salvador, and the Inter-American Court of Human Rights. With the exception of the U.S. Supreme Court, I have briefed and argued all manner of motions at all jurisdictional levels.

8. My practice has spanned the United States, Canada, and Central and South America. In addition to several million dollar and multi-million dollar verdicts and settlements, my trial successes include a $716 million wrongful death, dram shop, jury verdict.

9. I have been an active faculty member of the nationally acclaimed Trial Lawyers College, based out of Wyoming, originally founded by Gerry Spence. I am a member of several national litigation associations, am a past member of the WSAJ CLE committee and am regularly asked to lecture in Washington and other states on litigation related topics. I have been hired as a consulting litigation expert for the federal government in product liability litigation, and I have been recognized by my peers as one of the top lawyers in Spokane and have been selected to the Washington Super Lawyers list each year from 2012 to present. I have also been recognized as one of the Top 100 Trial Lawyers in the United States. I am a member of the Million Dollar, and Multi-Million Dollar Advocates Forum. In 2012, I was honored by the National Law Journal for having the #1 jury verdict in the Country. I have also received recognition by Lawyers.com as their Editor's Choice Award for top verdicts. These accolades mean far less to me than the pro-social changes created across the country as a result of the hard work of my law firm. Through

DECLARATION OF WILLIAM A. GILBERT IN SUPPORT OF MOTION TO CERTIFY CLASS
NO. 2:22-cv-00915
PAGE 3 OF 5

GILBERT LAW FIRM, P.S.
421 W. RIVERSIDE, STE 353
SPOKANE, WA 99201
T: (509) 321-0750 • F: (509) 343-3315

our litigation success we have forced changes in corporate and hospital policies and practices that make our world a safer place.

10. As lead counsel in this class action lawsuit, our firm will devote all the necessary resources and time in order to pursue this matter fully to settlement or trial. To assist us throughout this case, we have retained numerous experts in the field of neurosurgery, orthopedic spine surgery, neuroradiology, physiatry, pain-management, psychology, hospital corporate oversight, forensic economics; electronic medical records and hospital data security; computer forensics, hospital billing, and billing fraud experts. These experts are leaders in their professional field. Declarations by Dr. Susan Abookire and Dr. Michael Landi that are filed in support of this Motion to Certify are examples of the expertise, and work that has gone into this case to date. Even with limited discovery, we have thousands of hours in this case to date gathering information through resources available outside of discovery in this case. We have expended an extraordinary amount of time and resources into the investigative stage as well as resources, per this Court's order, for jurisdictional discovery costs. My firm's commitment to the class is clear and unequivocal.

11. To the best of my knowledge and belief, the proposed class representatives have no conflicts of interest with class members.

DATED this 22nd day of November in Spokane, Washington.

          GILBERT LAW FIRM, P.S.

          By: *s/William A. Gilbert*
          WILLIAM A. GILBERT, WSBA #30592
          Attorneys for Plaintiffs

DECLARATION OF WILLIAM A. GILBERT IN SUPPORT OF MOTION TO CERTIFY CLASS
NO. 2:22-cv-00915
PAGE 4 OF 5

**GILBERT LAW FIRM, P.S.**
421 W. RIVERSIDE, STE 353
SPOKANE, WA 99201
T: (509) 321-0750 • F: (509) 343-3315

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I had the foregoing electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 22nd day of November 2023.

_____
RACHEL COOK

DECLARATION OF WILLIAM A. GILBERT IN SUPPORT OF MOTION TO CERTIFY CLASS
NO. 2:22-cv-00915
PAGE 5 OF 5

GILBERT LAW FIRM, P.S.
421 W. RIVERSIDE, STE 353
SPOKANE, WA 99201
T: (509) 321-0750 • F: (509) 343-3315