1  RYAN M. BEAUDOIN, WSBA #30598                    Honorable James L. Robart
2  JEFFREY R. GALLOWAY, WSBA # 44059
3  601 West Main Avenue, Suite 1400
   Spokane, WA  99201
4  Telephone: (509) 455-9077
5  Facsimile: (509) 624-6441
   Email: rbeaudoin@workwith.com
6          jgalloway@workwith.com

7
8  *Counsel for Defendants Jason A. Dreyer, D.O.*
   *and Jane Doe Dreyer*

9

10              IN THE UNITED STATES DISTRICT COURT
11          FOR THE WESTERN DISTRICT OF WASHINGTON
                          AT SEATTLE
12

13  CAROLINE ANGULO, single person,
14  ERIC KELLER, a single person, EBEN
    NESJE, a single person, KIRK            NO.  22-cv-00915-JLR
15  SUMMERS, a single person,
16  CHRISTINE BASH, individually and as     DREYER DEFENDANTS' ANSWER
    personal representative of the ESTATE   TO THE PLAINTIFFS' THIRD
17  OF STEVEN BASH; RAYMOND                 AMENDED CLASS ACTION
    SUMERLIN JR. and MARY ANN               COMPLAINT
18  SUMERLIN, a married couple, and
19  MARTIN WHITNEY and SHERRYL
    WHITNEY, a married couple.
20

21         Plaintiffs,
22
23  v.

24  PROVIDENCE HEALTH & SERVICES
25  WASHINGTON, a non-profit
    Washington Corporation, also d/b/a
26  PROVIDENCE ST. MARY MEDICAL
27  CENTER; DR. JASON A. DREYER,

28

DREYER DEFENDANTS' ANSWER TO THE PLAINTIFFS'
THIRD AMENDED CLASS ACTION COMPLAINT
(22::-cv-00915-JLR): 1

WBM  WITHERSPOON
     BRAJCICH
     MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

1
2
3
4
5
6
7
8

DO, and JANE DOE DREYER, husband
and wife and the marital community
thereof; DR. DANIEL ELSKENS
DO, and JANE DOE ELSKENS,
husband and wife and the marital
community thereof; and JOHN/JANE
DOES 1-10, and any marital
communities thereof,

                  Defendants.

9      The Defendants, Jason A. Dreyer, D.O and Jane Doe Dreyer ("the Dreyer

10  Defendants"), respectfully answer and respond to the Plaintiffs' Third Amended

11  Class Action Complaint (ECF No. 129) ("Third Amended Complaint").   All

12

13  allegations, assertions, and/or inferences that are not expressly admitted in this

14  answer are denied.  The Dreyer Defendants respond to the Plaintiffs' allegations

15

16  and averments as follows:

17                          **I.  INTRODUCTION**

18

19      1.1    The allegations made in this paragraph do not pertain to the Dreyer

20  Defendants and, therefore, no answer is required.  Alternatively, the Dreyer

21

22  Defendants lack sufficient information to form a belief as to the truth or falsity of

23  the allegations made in this paragraph and, therefore, deny the same.

24

25      1.2    The allegations made in this paragraph do not pertain to the Dreyer

26  Defendants and, therefore, no answer is required.  Alternatively, the Dreyer

27

28

DREYER DEFENDANTS' ANSWER TO THE PLAINTIFFS'
THIRD AMENDED CLASS ACTION COMPLAINT
(22:-cv-00915-JLR): 2



A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

1.3    Admit that Dr. Dreyer was employed by one or more entities affiliated or related to Providence Health & Services Washington (collectively "Providence") as a neurosurgeon.  Admit that Dr. Dreyer, during his employment with Providence, worked in the neurosurgery department at St. Mary Medical Center (St. Mary).  The remaining allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required. Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the remaining allegations made in this paragraph and, therefore, deny the same.

1.4    Deny that Providence, in order to increase its own profits, encouraged Dr. Dreyer to conduct unsupervised spine surgeries at high-volume rates using a productivity metric with no cap on compensation that provided Dr. Dreyer a financial incentive to perform a high volume of surgical procedures of greater complexity.  The remaining allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required. Alternatively, the Dreyer Defendants lack sufficient information to form a belief



WBM  WITHERSPOON
BRAJCICH
MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

as to the truth or falsity of the remaining allegations made in this paragraph and, therefore, deny the same.

1.5 Admit that Dr. Dreyer's annual compensation as an employee of Providence varied from year to year. Admit that, in one year, Dr. Dreyer's annual compensation as an employee of Providence was between $2.5 and $2.9 million. The Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the assertion that Dr. Dreyer became one of the highest producing neurosurgeons in the entire Providence system. The remaining allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required. Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the remaining allegations made in this paragraph and, therefore, deny the same.

1.6 Admit that Dr. Dreyer resigned his employment with Providence on or about November 13, 2018. The remaining allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required. Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the remaining allegations made in this paragraph and, therefore, deny the same.

WBM   WITHERSPOON
BRAJCICH
MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

1.7     The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.   Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

1.8     The allegations made in this paragraph either do not pertain to the Dreyer Defendants or constitute legal conclusions, therefore, no answer is required.  Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

1.9     The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.   Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

1.10    The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.   Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

1.11    The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.   Alternatively, the Dreyer

DREYER DEFENDANTS' ANSWER TO THE PLAINTIFFS'
THIRD AMENDED CLASS ACTION COMPLAINT
(22:-cv-00915-JLR): 5



A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

1.12   Admit that Dr. Dreyer was employed by one or more entities affiliated to or related with MultiCare Health System in Spokane, Washington (collectively "MultiCare") following his resignation from Providence.  Deny the remaining allegations made in this paragraph.

1.13   Deny the assertion that Dr. Dreyer engaged in gross misconduct and/or faulty and fraudulent medical care.  Deny the assertion that Dr. Dreyer caused harm to patients.  The remaining allegations do not pertain to the Dreyer Defendants and, therefore, no answer is required.  Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

1.14   Deny the assertion that Dr. Dreyer engaged in gross misconduct and/or negligent, violative, unethical, and fraudulent medical care.  Deny the assertion that Dr. Dreyer caused harm to patients.  The remaining allegations do not pertain to the Dreyer Defendants and, therefore, no answer is required.  Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

DREYER DEFENDANTS' ANSWER TO THE PLAINTIFFS'
THIRD AMENDED CLASS ACTION COMPLAINT
(22:-cv-00915-JLR): 6



A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

1.15   Deny the assertion that Dr. Dreyer engaged in gross misconduct and/or negligent, violative, unethical, and fraudulent medical care.  Deny the assertion that Dr. Dreyer caused harm to patients.  The remaining allegations do not pertain to the Dreyer Defendants and, therefore, no answer is required. Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

1.16   Deny the assertion that Dr. Dreyer engaged in gross misconduct and/or negligent, violative, unethical, and fraudulent medical care.  Deny the assertion that Dr. Dreyer caused harm to patients.  The remaining allegations do not pertain to the Dreyer Defendants and, therefore, no answer is required. Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

1.17   This paragraph contains no factual allegation to which an answer is required.  Alternatively, deny.

1.18   This paragraph contains no factual allegation to which an answer is required.  Alternatively, deny.

DREYER DEFENDANTS' ANSWER TO THE PLAINTIFFS'
THIRD AMENDED CLASS ACTION COMPLAINT
(22:-cv-00915-JLR): 7



WBM   WITHERSPOON BRAJCICH MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

## II. PARTIES

2.1     This paragraph contains no factual allegation to which an answer is required.   Alternatively, the Dreyer Defendants restate and incorporate their responses to Paragraphs 1.1 through 1.18, above.

2.2     The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.   Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

2.3     The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.   Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

2.4     The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.   Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

2.5     The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.   Alternatively, the Dreyer

WBM   WITHERSPOON
BRAJCICH
MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

2.6    The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.  Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

2.7    The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.  Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

2.8    The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.  Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

2.9    This paragraph contains no factual allegation to which an answer is required.  Alternatively, deny.

2.10   Deny.

2.11   Deny.

WBM  WITHERSPOON
BRAJCICH
MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

2.12   The allegations made in this paragraph constitute legal conclusions, therefore, no answer is required.  Alternatively, deny.

2.13   The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.  Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

2.14   Admit that, at times relevant to this suit, Dr. Dreyer was a licensed physician, was a citizen of the State of Washington, and practiced medicine in Walla Walla County, Washington, and/or Spokane County, Washington.  Admit that, at times relevant to this suit, Dr. Dreyer was employed by one or more entities affiliated or related to Providence Health & Services Washington and/or MultiCare.  Admit that, at times relevant to this suit, Dr. Dreyer was and held himself out as a medical care provider whose services were offered to his patients for compensation.  Admit that Dr. Dreyer is, and at times relevant to this suit was, a married man, whose wife is named Laura Dreyer.  Admit that Dr. Dreyer's conduct was done for, and on behalf of, the marital community composed of himself and his wife.  Deny any remaining allegations made in this paragraph.

2.15   The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.  Alternatively, the Dreyer

DREYER DEFENDANTS' ANSWER TO THE PLAINTIFFS'
THIRD AMENDED CLASS ACTION COMPLAINT
(22:-cv-00915-JLR): 10



WBM  WITHERSPOON BRAJCICH MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

2.16   The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.   Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

2.17   Deny.

2.18   The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.   Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

## III.  JURISDICTION & VENUE

3.1   This paragraph contains no factual allegation to which an answer is required.   Alternatively, the Dryer Defendants restate and incorporate their responses to Paragraphs 1.1 through 2.18, above.

3.2   The allegations made in this paragraph constitute legal conclusions to which no answer is required.   Alternatively, deny.

3.3   The allegations made in this paragraph constitute legal conclusions to which no answer is required.   Alternatively, deny.

DREYER DEFENDANTS' ANSWER TO THE PLAINTIFFS'
THIRD AMENDED CLASS ACTION COMPLAINT
(22:-cv-00915-JLR): 11



A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## IV.  TIMELINE & FACTS

4.1    This paragraph contains no factual allegation to which an answer is required.   Alternatively, the Dreyer Defendants restate and incorporate their responses to Paragraphs 1.1 through 3.3, above.

4.2    Admit that between July 1, 2013, and November 13, 2018, Dr. Dreyer was employed by one or more entities affiliated or related to Providence as a neurosurgeon.   Admit that Dr. Dreyer, during his employment with Providence between July 1, 2013, and November 13, 2018, worked in the neurosurgery department at St. Mary in Walla Walla.

4.3    The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.   Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

4.4    Deny that Providence encouraged Dr. Dreyer to perform a high volume of surgical procedures of greater complexity to increase Providence's profits.   The remaining allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.   Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or

WBM   WITHERSPOON
BRAJCICH
MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

falsity of the remaining allegations made in this paragraph and, therefore, deny the same.

4.5    Deny that Providence encouraged Dr. Dreyer to conduct spine surgeries at high-volume rates by applying a productivity bonus metric that provided Dr. Dreyer a financial incentive to perform a high volume of surgical procedures of greater complexity.   The remaining allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.  Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the remaining allegations made in this paragraph and, therefore, deny the same.

4.6    Deny that Dr. Dreyer conducted complex spine surgeries at high-volume rates with intent and purpose of collecting productivity bonus money.  The remaining allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.   Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the remaining allegations made in this paragraph and, therefore, deny the same.

4.7    Deny.

4.8    The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.   Alternatively, the Dreyer

DREYER DEFENDANTS' ANSWER TO THE PLAINTIFFS'
THIRD AMENDED CLASS ACTION COMPLAINT
(22:-cv-00915-JLR): 13



A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

4.9    The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.   Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

4.10   Admit.

4.11   Deny.

4.12   Admit that Dr. Dreyer was employed by MultiCare between November 13, 2018, and March 2021.  Deny the remaining allegations made in this paragraph.

4.13   The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.   Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

4.14   The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.   Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

DREYER DEFENDANTS' ANSWER TO THE PLAINTIFFS'
THIRD AMENDED CLASS ACTION COMPLAINT
(22:-cv-00915-JLR): 14



A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

4.15   The allegations made in this paragraph constitute legal conclusions to which no answer is required.  Alternatively, deny.

4.16   The allegations made in this paragraph either do not pertain to the Dreyer Defendants or constitute legal conclusions, therefore, no answer is required.  Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

4.17   The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.  Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

4.18   The allegations made in this paragraph relate to a writing, the terms of which speak for themselves; therefore, no answer is required.  Additionally, the allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.  Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

4.19   The allegations made in this paragraph relate to a writing, the terms of which speak for themselves; therefore, no answer is required.  Alternatively,



WBM  WITHERSPOON
BRAJCICH
MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

the Dreyer Defendants deny the substance of the allegations made in this paragraph (and the paragraph's subparts).

4.20   The allegations made in this paragraph relate to a writing, the terms of which speak for themselves; therefore, no answer is required.  Additionally, the allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.   Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

4.21   The allegations made in this paragraph relate to a writing, the terms of which speak for themselves; therefore, no answer is required.  Additionally, the allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.   Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

4.22   Admit that Dr. Dreyer's annual compensation as an employee of Providence varied from year to year.  Admit that, in one year, Dr. Dreyer's annual compensation as an employee of Providence was between $2.5 and $2.9 million. The Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the assertion that Dr. Dreyer became one of the highest producing

WBM   WITHERSPOON
       BRAJCICH
       MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

neurosurgeons in the entire 7-state Providence system. Deny all remaining allegations made in this paragraph.

4.23   The allegations made in this paragraph relate to a writing, the terms of which speak for themselves; therefore, no answer is required. Additionally, the allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required. Alternatively, the Dreyer Defendants admit that Dr. Dreyer resigned from Providence, and lack sufficient information to form a belief as to the truth or falsity of the remainder of the allegations made in this paragraph and, therefore, deny the same.

4.24   The allegations made in this paragraph relate to a writing, the terms of which speak for themselves; therefore, no answer is required. The allegations made in this paragraph also constitute a legal conclusion to which no answer is required. Additionally, the allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required. Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

4.25   The allegations made in this paragraph relate to a writing, the terms of which speak for themselves; therefore, no answer is required. Additionally, the allegations made in this paragraph do not pertain to the Dreyer Defendants and,



WBM   WITHERSPOON
BRAJCICH
MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

therefore, no answer is required.  Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

4.26   The allegations made in this paragraph (and the paragraph's subparts) do not pertain to the Dreyer Defendants and, therefore, no answer is required. Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph (and the paragraph's subparts) and, therefore, deny the same.

4.27   The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.  Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

4.28   The allegations made in this paragraph (and the paragraph's subparts) relate to a writing, the terms of which speak for themselves; therefore, no answer is required.  Additionally, the allegations made in this paragraph (and the paragraph's subparts) do not pertain to the Dreyer Defendants and, therefore, no answer is required.  Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph (and the paragraph's subparts) and, therefore, deny the same.

WBM WITHERSPOON BRAJCICH MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

4.29   The allegations made in this paragraph (and the paragraph's subparts) relate to a writing, the terms of which speak for themselves; therefore, no answer is required.   Alternatively, the Dreyer Defendants deny the substance of the allegations made in this paragraph (and the paragraph's subparts).

4.30   The allegations made in this paragraph (and the paragraph's subparts) do not pertain to the Dreyer Defendants and, therefore, no answer is required. Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph (and the paragraph's subparts) and, therefore, deny the same.

4.31   The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.   Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

4.32   The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.   Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

WBM   WITHERSPOON
BRAJCICH
MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

4.33   The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.   Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

4.34   The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.   Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

4.35   Deny that Dr. Dreyer engaged in negligent, violative, unethical, and/or fraudulent treatment practices.   The remaining allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.  Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the remaining allegations made in this paragraph and, therefore, deny the same.

4.36   The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.   Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

DREYER DEFENDANTS' ANSWER TO THE PLAINTIFFS'
THIRD AMENDED CLASS ACTION COMPLAINT
(22:-cv-00915-JLR): 20

WBM WITHERSPOON
BRAJCICH
MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

## V.  INDIVIDUAL PLAINTIFFS/CLASS REPRESENTATIVES

5.1     This paragraph contains no factual allegation to which an answer is required.   Alternatively, the Dreyer Defendants restate and incorporate their responses to Paragraphs 1.1 through 4.36, above.

5.2     Deny.

## CAROLINE ANGULO

5.3     The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.  Alternatively, deny.

5.4     The Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

5.5     The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.  Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

5.6     The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.  Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.



WBM WITHERSPOON BRAJCICH MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

5.7     The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.   Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

5.8     The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.   Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

5.9     The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.   Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

5.10    The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.   Alternatively, the Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

5.11    Admit that Dr. Dreyer treated Ms. Angulo.   Admit that the facts regarding Dr. Dreyer's care of Ms. Angulo are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.



WBM   WITHERSPOON
            BRAJCICH
            MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

5.12   Admit that the facts regarding Dr. Dreyer's care of Ms. Angulo are contained in the applicable medical records.   The Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations related to Ms. Angulo's decision-making process and, therefore, deny the same. Deny any remaining allegations made in this paragraph.

5.13   Admit that the facts regarding Dr. Dreyer's care of Ms. Angulo are contained in the applicable medical records.   Deny any remaining allegations made in this paragraph.

5.14   Deny.

5.15   Deny.

5.16   The Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

5.17   Deny

**ERIC KELLER**

5.18   The Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.



WBM   WITHERSPOON
BRAJCICH
MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5.19   Admit that Dr. Dreyer treated Mr. Keller.   Admit that the facts regarding Dr. Dreyer's care of Mr. Keller are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.20   Admit that Dr. Dreyer treated Mr. Keller.   Admit that the facts regarding Dr. Dreyer's care of Mr. Keller are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.21   Admit that Dr. Dreyer treated Mr. Keller.   Admit that the facts regarding Dr. Dreyer's care of Mr. Keller are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.22   Admit that Dr. Dreyer treated Mr. Keller.   Admit that the facts regarding Dr. Dreyer's care of Mr. Keller are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.23   Admit that the facts regarding Dr. Dreyer's care of Mr. Keller are contained in the applicable medical records.   The Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations related to Mr. Keller's decision-making process and, therefore, deny the same. Deny any remaining allegations made in this paragraph.



A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

5.24   Admit that Dr. Dreyer treated Mr. Keller.   Admit that the facts regarding Dr. Dreyer's care of Mr. Keller are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.25   Deny.

5.26   Admit that Dr. Dreyer treated Mr. Keller.   Admit that the facts regarding Dr. Dreyer's care of Mr. Keller are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.27   Admit that Dr. Dreyer treated Mr. Keller.   Admit that the facts regarding Dr. Dreyer's care of Mr. Keller are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.28   Admit that Dr. Dreyer treated Mr. Keller.   Admit that the facts regarding Dr. Dreyer's care of Mr. Keller are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.29   Admit that Dr. Dreyer treated Mr. Keller.   Admit that the facts regarding Dr. Dreyer's care of Mr. Keller are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.30   Admit that Dr. Dreyer treated Mr. Keller.   Admit that the facts regarding Dr. Dreyer's care of Mr. Keller are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.



WBM   WITHERSPOON
BRAJCICH
MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

5.31   Deny.

5.32   Deny.

5.33   Deny.

5.34   Deny.

5.35   The Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

5.36   Deny.

## EBEN NESJE

5.37   Deny.

5.38   Admit that Dr. Dreyer treated Mr. Nesje.   Admit that the facts regarding Dr. Dreyer's care of Mr. Nesje are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.39   Admit that Dr. Dreyer treated Mr. Nesje.   Admit that the facts regarding Dr. Dreyer's care of Mr. Nesje are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.40   Admit that Dr. Dreyer treated Mr. Nesje.   Admit that the facts regarding Dr. Dreyer's care of Mr. Nesje are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

WBM WITHERSPOON BRAJCICH MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5.41   Deny.

5.42   Admit that Dr. Dreyer treated Mr. Nesje.   Admit that the facts regarding Dr. Dreyer's care of Mr. Nesje are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.43   Deny.

5.44   Admit that Dr. Dreyer treated Mr. Nesje.   Admit that the facts regarding Dr. Dreyer's care of Mr. Nesje are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.45   Admit that Mr. Nesje consulted with Dr. Matthew Fewel in July 2016.  Deny any remaining allegations made in this paragraph.

5.46   Deny.

5.47   The Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

5.48   The Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

5.49   Admit that Dr. Dreyer's medical license was restricted by DOH in March 2021.  Further admit that DOH's statement of charges was withdrawn in

DREYER DEFENDANTS' ANSWER TO THE PLAINTIFFS'
THIRD AMENDED CLASS ACTION COMPLAINT
(22:-cv-00915-JLR): 27



A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

November 2023 as part of an informal disposition between Dr. Dreyer and DOH in which Dr. Dreyer surrendered his license to practice as an osteopathic physician and surgeon in Washington state.  The stipulation to informal disposition states that it "shall not be construed as a finding of unprofessional conduct or inability to practice" and that it is "not formal disciplinary action."  Any report Dr. Fewel submitted to DOH speaks for itself.  Any investigation by DOH or report by Dr. Abhineet Chowdhary speaks for itself.  Deny any remaining allegations made in this paragraph.

5.50   Any report by Dr. Chowdhary speaks for itself. Deny any remaining allegations made in this paragraph.

5.51   Any report by Dr. Chowdhary speaks for itself. Deny any remaining allegations made in this paragraph.

5.52   Deny.

5.53   The Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

5.54   Deny.

## KIRK SUMMERS

5.55   Deny.



WBM  WITHERSPOON
BRAJCICH
MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

5.56   Admit that Dr. Dreyer treated Mr. Summers.  Admit that the facts regarding Dr. Dreyer's care of Mr. Summers are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.57   Admit that Dr. Dreyer treated Mr. Summers.  Admit that the facts regarding Dr. Dreyer's care of Mr. Summers are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.58   Admit that Dr. Dreyer treated Mr. Summers.  Admit that the facts regarding Dr. Dreyer's care of Mr. Summers are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.59   Admit that Dr. Dreyer treated Mr. Summers.  Admit that the facts regarding Dr. Dreyer's care of Mr. Summers are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.60   Admit that Dr. Dreyer treated Mr. Summers.  Admit that the facts regarding Dr. Dreyer's care of Mr. Summers are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.61   Deny.

5.62   Admit that Dr. Dreyer treated Mr. Summers.  Admit that the facts regarding Dr. Dreyer's care of Mr. Summers are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.



WBM   WITHERSPOON
BRAJCICH
MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

5.63   Admit that Dr. Dreyer treated Mr. Summers.   Admit that the facts regarding Dr. Dreyer's care of Mr. Summers are contained in the applicable medical records.   Deny any remaining allegations made in this paragraph.

5.64   Deny.

5.65   The Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

5.66   Deny.

5.67   The Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

5.68   The Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

5.69   Admits that Dr. Dreyer's medical license was restricted by DOH in March 2021.   Further admit that DOH's statement of charges was withdrawn in November 2023 as part of an informal disposition between Dr. Dreyer and DOH in which Dr. Dreyer surrendered his license to practice as an osteopathic physician and surgeon in Washington state.   The stipulation to informal disposition states



A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

that it "shall not be construed as a finding of unprofessional conduct or inability to practice" and that it is "not formal disciplinary action."  Any report Dr. Fewel submitted to DOH speaks for itself.  Any investigation by DOH or report by Dr. Abhineet Chowdhary speaks for itself.  Deny any remaining allegations made in this paragraph.

5.70   Any report by Dr. Chowdhary speaks for itself. Deny any remaining allegations made in this paragraph.

5.71   Any report by Dr. Chowdhary speaks for itself. Deny any remaining allegations made in this paragraph.

5.72   Deny.

5.73   The Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

5.74   Deny.

**STEVEN BASH AND CHRISTINE BASH**

5.75   Admit that Dr. Dreyer treated Mr. Bash.  Admit that the facts regarding Dr. Dreyer's care of Mr. Bash are contained in the applicable medical records.  The Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations regarding Mr. Bash's marital status and,

DREYER DEFENDANTS' ANSWER TO THE PLAINTIFFS'
THIRD AMENDED CLASS ACTION COMPLAINT
(22:-cv-00915-JLR): 31



A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

therefore, deny the same.   Deny any remaining allegations made in this paragraph.

5.76   Admit that Dr. Dreyer treated Mr. Bash.   Admit that the facts regarding Dr. Dreyer's care of Mr. Bash are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.77   Deny.

5.78   The Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

5.79   The Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

5.80   Admit that Dr. Dreyer treated Mr. Bash.   Admit that the facts regarding Dr. Dreyer's care of Mr. Bash are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.81   Admit that Dr. Dreyer treated Mr. Bash.   Admit that the facts regarding Dr. Dreyer's care of Mr. Bash are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

WBM WITHERSPOON
BRAJCICH
MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

1
2
3
4

5.82   Admit that Dr. Dreyer treated Mr. Bash.   Admit that the facts regarding Dr. Dreyer's care of Mr. Bash are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5
6
7
8

5.83   Admit that Dr. Dreyer treated Mr. Bash.   Admit that the facts regarding Dr. Dreyer's care of Mr. Bash are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

9
10
11
12
13

5.84   Admit that Dr. Dreyer treated Mr. Bash.   Admit that the facts regarding Dr. Dreyer's care of Mr. Bash are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

14

5.85   Deny.

15
16
17
18

5.86   Admit that Dr. Dreyer treated Mr. Bash.   Admit that the facts regarding Dr. Dreyer's care of Mr. Bash are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

19
20

5.87   Deny.

21
22
23
24

5.88   Admit that Dr. Dreyer treated Mr. Bash.   Admit that the facts regarding Dr. Dreyer's care of Mr. Bash are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

25
26
27
28

WBM   WITHERSPOON
BRAJCICH
MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

5.89   Admit that Dr. Dreyer treated Mr. Bash.   Admit that the facts regarding Dr. Dreyer's care of Mr. Bash are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.90   Deny.

5.91   Admit that Dr. Dreyer treated Mr. Bash.   Admit that the facts regarding Dr. Dreyer's care of Mr. Bash are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.92   Deny.

5.93   Admit that Dr. Dreyer treated Mr. Bash.   Admit that the facts regarding Dr. Dreyer's care of Mr. Bash are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.94   Admit that Dr. Dreyer treated Mr. Bash.   Admit that the facts regarding Dr. Dreyer's care of Mr. Bash are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.95   Deny.

5.96   Deny.

5.97   The Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

DREYER DEFENDANTS' ANSWER TO THE PLAINTIFFS'
THIRD AMENDED CLASS ACTION COMPLAINT
(22:-cv-00915-JLR): 34



A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

1

2

5.98   Deny.

3

### <u>RAYMOND SUMERLIN JR.</u>

4

5.99   Admit that Dr. Dreyer treated Mr. Sumerlin.  Admit that the facts

5

regarding Dr. Dreyer's care of Mr. Sumerlin are contained in the applicable

6

7

medical records.  Deny any remaining allegations made in this paragraph.

8

5.100   Admit that Dr. Dreyer treated Mr. Sumerlin.  Admit that the facts

9

regarding Dr. Dreyer's care of Mr. Sumerlin are contained in the applicable

10

11

medical records.  Deny any remaining allegations made in this paragraph.

12

5.101   Admit that Dr. Dreyer treated Mr. Sumerlin.  Admit that the facts

13

regarding Dr. Dreyer's care of Mr. Sumerlin are contained in the applicable

14

15

medical records.  Deny any remaining allegations made in this paragraph.

16

5.102   Admit that Dr. Dreyer treated Mr. Sumerlin.  Admit that the facts

17

regarding Dr. Dreyer's care of Mr. Sumerlin are contained in the applicable

18

19

medical records.  Deny any remaining allegations made in this paragraph.

20

5.103   Admit that Dr. Dreyer treated Mr. Sumerlin.  Admit that the facts

21

regarding Dr. Dreyer's care of Mr. Sumerlin are contained in the applicable

22

23

medical records.  Deny any remaining allegations made in this paragraph.

24

25

26

27

28

DREYER DEFENDANTS' ANSWER TO THE PLAINTIFFS'
THIRD AMENDED CLASS ACTION COMPLAINT
(22:-cv-00915-JLR): 35



A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5.104    Admit that Dr. Dreyer treated Mr. Sumerlin.  Admit that the facts regarding Dr. Dreyer's care of Mr. Sumerlin are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.105    Admit that Dr. Dreyer treated Mr. Sumerlin.  Admit that the facts regarding Dr. Dreyer's care of Mr. Sumerlin are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.106    Admit that Dr. Dreyer treated Mr. Sumerlin.  Admit that the facts regarding Dr. Dreyer's care of Mr. Sumerlin are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.107    Admit that Dr. Dreyer treated Mr. Sumerlin.  Admit that the facts regarding Dr. Dreyer's care of Mr. Sumerlin are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.108    Admit that Dr. Dreyer treated Mr. Sumerlin.  Admit that the facts regarding Dr. Dreyer's care of Mr. Sumerlin are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.109    Deny.

5.110    Deny.

DREYER DEFENDANTS' ANSWER TO THE PLAINTIFFS'
THIRD AMENDED CLASS ACTION COMPLAINT
(22:-cv-00915-JLR): 36

WBM WITHERSPOON
BRAJCICH
MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

5.111   Admit that Dr. Dreyer treated Mr. Sumerlin.  Admit that the facts regarding Dr. Dreyer's care of Mr. Sumerlin are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.112    Admit that the facts regarding Mr. Sumerlin's medical course are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.113   Admit that Dr. Dreyer treated Mr. Sumerlin.  Admit that the facts regarding Dr. Dreyer's care of Mr. Sumerlin are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.114   Deny.

5.115   The Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

5.116   Deny.

## MARTIN WHITNEY

5.117   Admit that Dr. Dreyer treated Mr. Whitney.  Admit that the facts regarding Dr. Dreyer's care of Mr. Whitney are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

WBM  WITHERSPOON
BRAJCICH
MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

5.118   Admit that Dr. Dreyer treated Mr. Whitney.  Admit that the facts regarding Dr. Dreyer's care of Mr. Whitney are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.119   Admit that the facts regarding Mr. Whitney's medical course are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.120   Admit that Dr. Dreyer treated Mr. Whitney.  Admit that the facts regarding Dr. Dreyer's care of Mr. Whitney are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.121   Admit that Dr. Dreyer treated Mr. Whitney.  Admit that the facts regarding Dr. Dreyer's care of Mr. Whitney are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.122   Admit that Dr. Dreyer treated Mr. Whitney.  Admit that the facts regarding Dr. Dreyer's care of Mr. Whitney are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.123   The Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

WBM  WITHERSPOON
BRAJCICH
MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5.124   Admit that Dr. Dreyer treated Mr. Whitney.  Admit that the facts regarding Dr. Dreyer's care of Mr. Whitney are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.125   Admit that Dr. Dreyer treated Mr. Whitney.  Admit that the facts regarding Dr. Dreyer's care of Mr. Whitney are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.126   Admit that Dr. Dreyer treated Mr. Whitney.  Admit that the facts regarding Dr. Dreyer's care of Mr. Whitney are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.127   Admit that Dr. Dreyer treated Mr. Whitney.  Admit that the facts regarding Dr. Dreyer's care of Mr. Whitney are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.128   Admit that Dr. Dreyer treated Mr. Whitney.  Admit that the facts regarding Dr. Dreyer's care of Mr. Whitney are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.129   Admit that Dr. Dreyer treated Mr. Whitney.  Admit that the facts regarding Dr. Dreyer's care of Mr. Whitney are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

WBM   WITHERSPOON
         BRAJCICH
         MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

5.130    Admit that Dr. Dreyer treated Mr. Whitney.  Admit that the facts regarding Dr. Dreyer's care of Mr. Whitney are contained in the applicable medical records.  Deny any remaining allegations made in this paragraph.

5.131    Deny.

5.132    Deny.

5.133    The Dreyer Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations made in this paragraph and, therefore, deny the same.

## VI.  MAINTENANCE OF THE CLASS

6.1    This paragraph contains no factual allegation to which an answer is required.  Alternatively, the Dreyer Defendants restate and incorporate their responses to Paragraphs 1.1 through 5.134, above.

6.2    This paragraph (and the paragraph's subparts) contains no factual allegation to which an answer is required.  This paragraph (and the paragraph's subparts) consists of legal conclusions to which no answer is required. Alternatively, deny the allegations made in this paragraph (and the paragraph's subparts).

6.3    This paragraph consists of legal conclusions to which no answer is required.  Alternatively, deny the allegations made in this paragraph.

DREYER DEFENDANTS' ANSWER TO THE PLAINTIFFS'
THIRD AMENDED CLASS ACTION COMPLAINT
(22:-cv-00915-JLR): 40



A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

6.4     Admit that at least one of the Defendants is a citizen of the State of Washington.   The remaining allegations made in this paragraph (and the paragraph's subparts) contain legal conclusions and references to writings, the terms of which speak for themselves; the remaining allegations made in this paragraph (and the paragraph's subparts) are, therefore, denied.

6.5     This paragraph (and the paragraph's subparts) contains no factual allegation to which no answer is required.  This paragraph (and the paragraph's subparts) consists of legal conclusions to which no answer is required. Alternatively, deny the allegations made in this paragraph (and the paragraph's subparts).

6.6     This paragraph (and the paragraph's subparts) contains no factual allegation to which no answer is required.  This paragraph (and the paragraph's subparts) consists of legal conclusions to which no answer is required. Alternatively, deny the allegations made in this paragraph (and the paragraph's subparts).

6.7     This paragraph consists of legal conclusions to which no answer is required.  Alternatively, deny the allegations made in this paragraph.



A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

6.8    This paragraph contains no factual allegation to which an answer is required.  This paragraph consists of legal conclusions to which no answer is required.  Alternatively, deny the allegations made in this paragraph.

6.9    This paragraph consists of legal conclusions to which no answer is required.  Alternatively, deny the allegations made in this paragraph.

6.10    This paragraph contains no factual allegation to which an answer is required.  This paragraph consists of legal conclusions to which no answer is required.  Alternatively, deny the allegations made in this paragraph.

## VII.  CAUSE OF ACTION:

### Criminal Profiteering [RCW 9A.82.100 and 9A.82.080]

7.1    This paragraph contains no factual allegation to which an answer is required.  Alternatively, the Dreyer Defendants restate and incorporate their responses to Paragraphs 1.1 through 6.10, above.

7.2    This paragraph contains no factual allegation to which an answer is required.  Alternatively, deny the allegations made in this paragraph.

7.3    This paragraph consists of legal conclusions to which no answer is required.  Alternatively, deny the allegations made in this paragraph.

7.4    Deny the allegations made in this paragraph (and the paragraph's subparts).

DREYER DEFENDANTS' ANSWER TO THE PLAINTIFFS'
THIRD AMENDED CLASS ACTION COMPLAINT
(22:-cv-00915-JLR): 42



A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

1    7.5    Deny.

2

3    7.6    Deny.

4    7.7    Deny.

5

6    7.8    Deny.

7    7.9    Deny.

8                          **Predicate Acts**

9
     **False Health Care Claims, RCW 48.80.030**
10

11   7.10   Deny the allegations made in this paragraph (and the paragraph's

12
     subparts).
13

14   7.11   Deny.

15                         **Predicate Acts**

16
     **Money Laundering, RCW 9A.83.030(1)(a) & (b)**
17

18   7.12   Deny.

19
     7.13   Deny.
20

21                         **Predicate Acts**

22
     **Theft by Deception, RCW 9A.56.030**
23

24   7.14   Deny.

25   7.15   Admit.

26
     7.16   Deny.
27

28

DREYER DEFENDANTS' ANSWER TO THE PLAINTIFFS'
THIRD AMENDED CLASS ACTION COMPLAINT
(22:-cv-00915-JLR): 43

WBM | WITHERSPOON
BRAJCICH
MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **Pattern of Related Profiteering Acts**

7.17   Deny.

7.18   Deny.

7.19   Deny.

7.20   Deny.

7.21   Deny.

7.22   Deny.

## **The Enterprise**

7.23   This paragraph consists of legal conclusions to which no answer is required.  Alternatively, deny the allegations made in this paragraph.

7.24   This paragraph consists of legal conclusions to which no answer is required.  Alternatively, deny the allegations made in this paragraph.

7.25   Deny.

7.26   Deny.

7.27   This paragraph consists of legal conclusions to which no answer is required.  Alternatively, deny the allegations made in this paragraph.

7.28   This paragraph consists of legal conclusions to which no answer is required.  Alternatively, deny the allegations made in this paragraph.



WITHERSPOON
BRAJCICH
MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Causation / Injury and Remedies**

7.29   Deny.

7.30   Deny.

7.31   Deny.

**VIII.   CAUSE OF ACTION: Failure to Report (RCW 70.41.210)**

8.1     This paragraph contains no factual allegation to which an answer is required.   Alternatively, the Dreyer Defendants restate and incorporate their responses to Paragraphs 1.1 through 7.31, above.

8.2     This paragraph consists of legal conclusions to which no answer is required.  Alternatively, deny the allegations made in this paragraph.

8.3     This paragraph consists of legal conclusions to which no answer is required.  Alternatively, deny the allegations made in this paragraph.

8.4     Deny.

8.5     This paragraph consists of legal conclusions to which no answer is required.  Alternatively, deny the allegations made in this paragraph.

8.6     Deny.

8.7     This paragraph consists of legal conclusions to which no answer is required.  Alternatively, deny the allegations made in this paragraph.

8.8     Deny.

DREYER DEFENDANTS' ANSWER TO THE PLAINTIFFS'
THIRD AMENDED CLASS ACTION COMPLAINT
(22:-cv-00915-JLR): 45



A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

8.9     Deny.

8.10    Deny.

8.11    Deny.

8.12    Deny.

## IX.  CAUSE OF ACTION: Consumer Protection Act (RCW 19.86)

9.1     This paragraph contains no factual allegation to which an answer is required.   Alternatively, the Dreyer Defendants restate and incorporate their responses to Paragraphs 1.1 through 8.12, above.

9.2     Deny.

9.3     Deny.

9.4     Deny.

9.5     Deny

9.6     Deny

## X.  CAUSE OF ACTION: Medical Negligence

10.1    This paragraph contains no factual allegation to which an answer is required.   Alternatively, the Dreyer Defendants restate and incorporate their responses to Paragraphs 1.1 through 9.6, above.

10.2    This paragraph consists of legal conclusions to which no answer is required.  Alternatively, admit the allegations made in this paragraph.

WBM  WITHERSPOON
       BRAJCICH
       MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

10.3   Deny.

10.4   This paragraph consists of legal conclusions to which no answer is required.  Alternatively, deny the allegations made in this paragraph.

## XI.  CONSENT/INFORMED CONSENT

11.1   This paragraph contains no factual allegation to which an answer is required.   Alternatively, the Dreyer Defendants restate and incorporate their responses to Paragraphs 1.1 through 10.4, above.

11.2   Deny.

## XII.  CORPORATE NEGLIGENCE

12.1   This paragraph contains no factual allegation to which an answer is required.   Alternatively, the Dreyer Defendants restate and incorporate their responses to Paragraphs 1.1 through 11.2, above.

12.2   The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.  Alternatively, deny.

12.3   The allegations made in this paragraph (and the paragraph's subparts) do not pertain to the Dreyer Defendants and, therefore, no answer is required. Alternatively, deny.

12.4   The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.  Alternatively, deny.



WBM   WITHERSPOON
BRAJCICH
MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

12.5   The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.  Alternatively, deny.

12.6   The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.  Alternatively, deny.

## XIII.  DISCOVERY RULE

13.1   This paragraph contains no factual allegation to which an answer is required.   Alternatively, the Dreyer Defendants restate and incorporate their responses to Paragraphs 1.1 through 12.6, above.

13.2   Deny

13.3   Deny

## XIV.  BREACH OF FIDUCIARY DUTY/FRAUD/MISREPRESENTATION

14.1   This paragraph contains no factual allegation to which an answer is required.   Alternatively, the Dreyer Defendants restate and incorporate their responses to Paragraphs 1.1 through 13.3, above.

14.2   This paragraph consists of legal conclusions to which no answer is required.  Alternatively, deny the allegations made in this paragraph.

14.3   Deny.

14.4   This paragraph consists of legal conclusions to which no answer is required.  Alternatively, deny the allegations made in this paragraph.

DREYER DEFENDANTS' ANSWER TO THE PLAINTIFFS'
THIRD AMENDED CLASS ACTION COMPLAINT
(22:-cv-00915-JLR): 48



WBM   WITHERSPOON
BRAJCICH
MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

14.5   Deny.

14.6   Deny.

14.7   Deny.

14.8   Deny.

14.9   Deny.

14.10  Deny.

14.11  Deny.

## XV.  NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS & OUTRAGE

15.1   This paragraph contains no factual allegation to which an answer is required.   Alternatively, the Dreyer Defendants restate and incorporate their responses to Paragraphs 1.1 through 14.11, above.

15.2   This paragraph consists of legal conclusions to which no answer is required.  Alternatively, deny the allegations made in this paragraph.

15.3   Deny.

15.4   Deny.

DREYER DEFENDANTS' ANSWER TO THE PLAINTIFFS'
THIRD AMENDED CLASS ACTION COMPLAINT
(22:-cv-00915-JLR): 49



601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

## XVI.  LOSS OF CONSORTIUM

16.1   This paragraph contains no factual allegation to which an answer is required.   Alternatively, the Dreyer Defendants restate and incorporate their responses to Paragraphs 1.1 through 15.4, above.

16.2   Deny.

## XVII.  WRONGFUL DEATH/SURVIVOR ACTIONS

17.1   This paragraph contains no factual allegation to which an answer is required.   Alternatively, the Dreyer Defendants restate and incorporate their responses to Paragraphs 1.1 through 16.2, above.

17.2   Deny.

17.3   Deny.

## XVIII. VICARIOUS LIABILITY

18.1   This paragraph contains no factual allegation to which an answer is required.   Alternatively, the Dreyer Defendants restate and incorporate their responses to Paragraphs 1.1 through 17.3, above.

18.2   The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.  Alternatively, deny.

18.3   The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.  Alternatively, deny.



A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

18.4   The allegations made in this paragraph do not pertain to the Dreyer Defendants and, therefore, no answer is required.  Alternatively, deny.

## XIX.  NEGLIGENCE PER SE

19.1   This paragraph contains no factual allegation to which an answer is required.   Alternatively, the Dreyer Defendants restate and incorporate their responses to Paragraphs 1.1 through 18.4, above.

19.2   This paragraph consists of legal conclusions to which no answer is required.  Alternatively, deny the allegations made in this paragraph.

## XX.  RES IPSA LOQUITUR

20.1   This paragraph contains no factual allegation to which an answer is required.   Alternatively, the Dreyer Defendants restate and incorporate their responses to Paragraphs 1.1 through 19.2, above.

20.2   Deny.

20.3   Deny.

20.4   Deny.

20.5   Deny.

20.6   Deny.

20.7   Deny.



WBM   WITHERSPOON
BRAJCICH
MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## XXI.  UNJUST ENRICHMENT

21.1   This paragraph contains no factual allegation to which an answer is required.   Alternatively, the Dreyer Defendants restate and incorporate their responses to Paragraphs 1.1 through 20.7, above.

21.2   Deny.

21.3   Deny.

## XXII. DISGORGEMENT

22.1   This paragraph contains no factual allegation to which an answer is required.   Alternatively, the Dreyer Defendants restate and incorporate their responses to Paragraphs 1.1 through 21.3, above.

22.2   Deny.

22.3   Deny.

22.4   Deny.

## XXIII.  WAIVER OF PRIVILEGE

23.1   This paragraph contains no factual allegation to which an answer is required.   Alternatively, the Dreyer Defendants restate and incorporate their responses to Paragraphs 1.1 through 22.4, above.

23.2   This paragraph consists of legal conclusions to which no answer is required.  Alternatively, deny the allegations made in this paragraph.

DREYER DEFENDANTS' ANSWER TO THE PLAINTIFFS'
THIRD AMENDED CLASS ACTION COMPLAINT
(22:-cv-00915-JLR): 52



A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

# XXIV.  PRAYER FOR RELIEF

24.1    This paragraph contains no factual allegation to which an answer is required.  Alternatively, deny.

24.2    This paragraph contains no factual allegation to which an answer is required.  Alternatively, deny.

24.3    This paragraph contains no factual allegation to which an answer is required.  Alternatively, deny.

24.4    This paragraph contains no factual allegation to which an answer is required.  Alternatively, deny.

24.5    This paragraph contains no factual allegation to which an answer is required.  Alternatively, deny.

24.6    This paragraph contains no factual allegation to which an answer is required.  Alternatively, deny.

24.7    This paragraph contains no factual allegation to which an answer is required.  Alternatively, deny.

24.8    This paragraph contains no factual allegation to which an answer is required.  Alternatively, deny.

24.9    This paragraph contains no factual allegation to which an answer is required.  Alternatively, deny.

DREYER DEFENDANTS' ANSWER TO THE PLAINTIFFS'
THIRD AMENDED CLASS ACTION COMPLAINT
(22:-cv-00915-JLR): 53



A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

24.10 This paragraph contains no factual allegation to which an answer is required.  Alternatively, deny.

24.11 This paragraph contains no factual allegation to which an answer is required.  Alternatively, deny.

24.12 This paragraph contains no factual allegation to which an answer is required.  Alternatively, deny.

24.13 This paragraph contains no factual allegation to which an answer is required.  Alternatively, deny.

24.14 This paragraph contains no factual allegation to which an answer is required.  Alternatively, deny.

24.15 This paragraph contains no factual allegation to which an answer is required.  Alternatively, deny.

24.16 This paragraph contains no factual allegation to which an answer is required.  Alternatively, deny.

24.17 This paragraph contains no factual allegation to which an answer is required.  Alternatively, deny.

24.18 This paragraph contains no factual allegation to which an answer is required.  Alternatively, deny.

DREYER DEFENDANTS' ANSWER TO THE PLAINTIFFS'
THIRD AMENDED CLASS ACTION COMPLAINT
(22:-cv-00915-JLR): 54



A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

24.19 This paragraph contains no factual allegation to which an answer is required.  Alternatively, deny.

24.20 This paragraph contains no factual allegation to which an answer is required.  Alternatively, deny.

24.21 This paragraph (and the paragraph's subparts) contains no factual allegation to which an answer is required.  Alternatively, deny.

24.22 This paragraph contains no factual allegation to which an answer is required.  Alternatively, deny.

24.23 This paragraph contains no factual allegation to which an answer is required.  Alternatively, deny.

## GENERAL RESPONSES & AFFIRMATIVE DEFENSES

For further answer to the Third Amended Complaint, the Dreyer Defendants assert the following general responses and affirmative defenses:

1.      The Third Amended Complaint's headings are used herein solely for the reader's convenience; the Dreyer Defendants specifically deny that any of the Third Amended Complaint's causes of action are factual, supported, or legally justified.

2.      The Third Amended Complaint is factually inaccurate.



WBM WITHERSPOON
BRAJCICH
MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

3.      The Dreyer Defendants deny that they engaged in any wrongful or tortious act or conduct with respect to the Plaintiffs.

4.      The Dreyer Defendants deny that their conduct proximately caused the damages sought by the Plaintiffs.

5.      The Dreyer Defendants deny that the Plaintiffs have suffered the damages alleged herein.

6.      The Plaintiffs have potentially failed to mitigate the claimed damages, if any.

7.      The Plaintiffs' claims are barred in whole or in part because Plaintiffs' alleged damages, if any, were the result of one or more intervening or superseding causes or caused by the acts and/or failures to act of persons and or entities over whom the Dreyer Defendants have and had no control.

8.      The Plaintiffs' damages are barred in whole or in part because they are speculative in nature and/or not otherwise recoverable under the law.

9.      The Plaintiffs' claims are barred, in whole or in part, because the Third Amended Complaint fails to plead fraud and misrepresentation claims with the legally required level of particularity.

10.     The Plaintiffs' claims are barred, in whole or in part, because the Dreyer Defendants have not engaged in any unfair or deceptive act, and/or public

DREYER DEFENDANTS' ANSWER TO THE PLAINTIFFS'
THIRD AMENDED CLASS ACTION COMPLAINT
(22:-cv-00915-JLR): 56



A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

deception is not likely to occur as a result of the Dreyer Defendants' actions, if any.

11.     The Plaintiffs' claims are barred, in whole or in part, by RCW Ch. 7.70 exclusive remedy provisions.

12.     The Plaintiffs' claims are barred, in whole or in part, by the applicable limitations period.

13.     The Plaintiffs cannot satisfy the prerequisites for a class or collective claim under applicable law and, therefore, the class or collective allegations of the Third Amended Complaint must be stricken and dismissed.

14.     The Third Amended Complaint fails to adequately plead a valid class or collective claim in that it fails to state a valid claim for relief as to each allegedly similarly situated person and fails to properly identify any other potential claimants.

15.     Class certification would be inappropriate due to conflicts of interest between the Plaintiffs and putative class members, or between and among putative class or subclass members.

16.     Any defense that is subject to litigation, dispute, discussion, or discovery shall be deemed asserted by the parties' consent without any specific amendment to this answer.

DREYER DEFENDANTS' ANSWER TO THE PLAINTIFFS'
THIRD AMENDED CLASS ACTION COMPLAINT
(22:-cv-00915-JLR): 57



WBM WITHERSPOON BRAJCICH MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

17.     The Dreyer Defendants reserve the right to amend this answer, at any time, to conform to the evidence that is adduced in discovery or presented in litigation.

18.     The Dreyer Defendants reserve the right to amend this answer to include any affirmative defense or any other matter constituting an avoidance which may become apparent through the process of discovery.

19.     The Dreyer Defendants reserve the right to amend this answer, at any time, to assert counterclaims and/or third-party claims as discovery proceeds.

Wherefore, having fully answered the Third Amended Complaint, the Dreyer Defendants respectfully ask that the same be dismissed with prejudice, that the Plaintiffs be awarded nothing thereby, and that the Dreyer Defendants be awarded their costs and reasonable attorneys' fees in accordance with law, together with such other relief as may be just and equitable.

//

//

//

//

//

//

DREYER DEFENDANTS' ANSWER TO THE PLAINTIFFS'
THIRD AMENDED CLASS ACTION COMPLAINT
(22:-cv-00915-JLR): 58



A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

RESPECTFULLY SUBMITTED, this 18th day of January, 2024.

**WITHERSPOON BRAJCICH McPHEE, PLLC**

By: _s/ Jeffrey R. Galloway_

RYAN M. BEAUDOIN, WSBA # 30598
JEFFREY R. GALLOWAY, WSBA # 44059
*Counsel for Defendants Dr. Jason A. Dreyer, DO and Jane Doe Dreyer*



A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies under penalty of perjury under the laws of the state of Washington, that on the 18th day of January, 2024, the foregoing was delivered to the following persons in the manner indicated:

| | |
|---|---|
| GILBERT LAW FIRM, P.S.<br>**Attorneys for Plaintiffs** | Hand Delivery<br>First Class Mail<br>Overnight Mail<br>Facsimile Transmission<br>X Electronic Mail<br>bill@wagilbert.com<br>beth@wagilbert.com |
| DAVIS, WRIGHT, TREMAINE, LLP<br>**Attorneys for Defendant Providence** | Hand Delivery<br>First Class Mail<br>Overnight Mail<br>Facsimile Transmission<br>X Electronic Mail<br>kenpayson@dwt.com<br>ross.siler@dwt.com<br>oliviapowar@dwt.com |
| LEWIS BRISBOIS BISGAARD &<br>SMITH LLP<br>**Attorneys for Defendant Providence** | Hand Delivery<br>First Class Mail<br>Overnight Mail<br>Facsimile Transmission<br>X Electronic Mail<br>jennifer.oetter@lewisbrisbois.com |



WBM | WITHERSPOON
BRAJCICH
MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

ETTER, MCMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
**Attorneys for Defendants Elskens**

Hand Delivery
First Class Mail
Overnight Mail
Facsimile Transmission
X  Electronic Mail
     rvw@ettermcmahon.com
     lambo74@ettermcmahon.com

2.     I caused to be mailed by United States Postal Service the document

to the following at the address listed below:  **None.**

*s/ Jeffrey R. Galloway*
JEFFREY R. GALLOWAY, WSBA #44059
601 W. Main Ave., Ste. 1400
Spokane, WA 99201
Phone:  (509) 455-9077
Email:  jgalloway@workwith.com



WITHERSPOON
BRAJCICH
MCPHEE

A PROFESSIONAL LIMITED LIABILITY COMPANY

601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441