The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROLINE ANGULO, a single person, ERIC KELLER, a single person, EBEN NESJE, a single person, KIRK SUMMERS, a single person, CHRISTINE BASH, individually and as a personal representative of the ESTATE OF STEVEN BASH, RAYMOND SUMERLIN JR. and MARYANN SUMERLIN, a married couple, and MARTIN WHITNEY and SHERRYL WHITNEY, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>PROVIDENCE HEALTH & SERVICES – WASHINGTON, a non-profit Washington corporation, also d/b/a PROVIDENCE ST. MARY MEDICAL CENTER; DR. JASON A. DREYER, D.O., and JANE DOE DREYER, husband and wife and the marital community thereof; DR. DANIEL ELSKENS, D.O., and JANE DOE ELSKENS, husband and wife and the marital community thereof; and JOHN/JANE DOES 1-10, and any martial communities thereof,<br><br>Defendants. | No. 2:22-cv-00915-JLR<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO ESTABLISH BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO CERTIFY CLASS AND PROVIDENCE HEALTH & SERVICES – WASHINGTON'S CROSS-MOTION TO STRIKE CLASS ALLEGATIONS<br><br>NOTE ON MOTION CALENDAR: January 17, 2024 |

## **STIPULATED MOTION**

Currently pending are Plaintiffs' Motion to Certify Class (Dkt. 132, noted for consideration on January 19, 2024) and Providence Health & Services – Washington's Cross-

STIPULATED MOTION AND [PROPOSED] ORDER
TO ESTABLISH BRIEFING SCHEDULE ON CROSS MOTIONS
RE CLASS CERTIFICATION/STRIKING CLASS ALLEGATIONS
(2:22-cv-00915-JLR) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Motion to Strike Class Allegations and Opposition to Plaintiffs' Motion to Certify Class (Dkt. 136, with Providence's cross motion noted for consideration on February 9, 2024).

In accordance with LCR 7(k), the parties stipulate (subject to Court approval) to the following briefing schedule regarding the filing of Plaintiffs' Reply in support of their Motion to Certify Class, Plaintiffs' Opposition to Providence's Cross-Motion to Strike Class Allegations, and Providence's Reply in support of its Cross-Motion to Strike Class Allegations.

1. Plaintiffs intend to file three Reply briefs in support of their Motion to Certify Class, responding to Providence's opposition (Dkt. 136), Dr. Dreyer's opposition (Dkt. 135), and Dr. Elskens' joinder and declaration (Dkt. 140 & 141) on or before January 31, 2024.

2. Plaintiffs agree to file their opposition to Providence's Cross-Motion to Strike Class Allegations (Dkt. 136) on or before January 31, 2024.

3. Plaintiffs intend to submit separate Reply and Opposition briefs to Providence's opposition/cross-motion unless the Court orders otherwise. Should the Court order otherwise, Plaintiffs request (and Defendants do not oppose) expanded word limits from the reply brief word limits provided by LCR 7(e)(3) to include the additional word limits provided for opposition briefs under LCR 7(e)(4), to allow Plaintiffs to fully address both their Reply and Opposition arguments to Providence's opposition/cross-motion.

4. Providence will submit its Reply brief in support of its Cross-Motion to Strike Class Allegations (Dkt. 136) on or before February 9, 2024, consistent with the current noting date for Providence's cross motion.

5. The parties ask the Court to consider both Plaintiffs' Motion to Certify Class and Providence's Cross-Motion to Strike Class Allegations on February 9, 2024. *See* LCR 7(k) ("Even if the motion and cross motion are noted for different days, the court will typically consider them together.").

Plaintiffs and Defendants request that the Court approve the parties' stipulations to establish a briefing schedule for these cross motions in accordance with LCR 7(k).

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
TO ESTABLISH BRIEFING SCHEDULE ON CROSS MOTIONS
RE CLASS CERTIFICATION/STRIKING CLASS ALLEGATIONS
(2:22-cv-00915-JLR) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED this 17th day of January, 2024.

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP<br>Attorneys for Defendant Providence Health & Services – Washington | GILBERT LAW FIRM, P.S.<br>Attorneys for Plaintiffs |
| By *s/ Ross Siler*<br>  Kenneth E. Payson, WSBA #26369<br>  Ross Siler, WSBA #46486<br>  Caleah Whitten, WSBA #60209<br>  920 Fifth Avenue, Suite 3300<br>  Seattle, WA 98104-1610<br>  Telephone: (206) 622-3150<br>  Email: kenpayson@dwt.com<br>       ross.siler@dwt.com<br>       caleahwhitten@dwt.com | By *s/ Beth M. Bollinger*<br>  William A. Gilbert, WSBA #30592<br>  Beth M. Bollinger, WSBA #26645<br>  421 W. Riverside Avenue, Suite 353<br>  Spokane, WA 99201<br>  Telephone: (509) 321-0750<br>  Email: bill@wagilbert.com<br>       beth@wagilbert.com |
| WITHERSPOON BRAJCICH MCPHEE, PLLC<br>Attorneys for Defendants Jason Dreyer, DO and Jane Doe Dreyer | ETTER, MCMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.<br>Attorneys for Defendants Daniel Elskens, DO and Jane Doe Elskens |
| By *s/ Bryce J. Wilcox*<br>  Ryan M. Beaudoin, WSBA #30598<br>  Jeffrey R. Galloway, WSBA #44059<br>  James A. McPhee, WSBA #26323<br>  Bryce J. Wilcox, WSBA #21728<br>  601 W. Main Avenue, Suite 1400<br>  Spokane, WA 99201-0677<br>  Telephone: (509) 455-9077<br>  Email: rbeaudoin@workwith.com<br>       jgalloway@workwith.com<br>       jmcphee@workwith.com<br>       bwilcox@workwith.com | By *s/ Ronald A. Van Wert*<br>  Stephen M. Lamberson, WSBA #12985<br>  Ronald A. Van Wert, WSBA #32050<br>  618 W. Riverside Avenue, Suite 210<br>  Spokane, WA 99201<br>  Telephone: (509) 747-9100<br>  Email: lambo74@ettermcmahon.com<br>       rvw@ettermcmahon.com |

**[PROPOSED] ORDER**

It is so ordered.

DATED this 18th day of January, 2024.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND [PROPOSED] ORDER
TO ESTABLISH BRIEFING SCHEDULE ON CROSS MOTIONS
RE CLASS CERTIFICATION/STRIKING CLASS ALLEGATIONS
(2:22-cv-00915-JLR) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax