The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROLINE ANGULO, a single person, ERIC KELLER, a single person, , EBEN NESJE, a single person, KIRK SUMMERS, a single person, CHRISTINE BASH, individually and as a personal representative of the ESTATE OF STEVEN BASH, RAYMOND SUMERLIN, JR. and MARYANN SUMERLIN, a married couple, and MARTIN WHITNEY and SHERRYL WHITNEY, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>PROVIDENCE HEALTH & SERVICES WASHINGTON, a non-profit Washington Corporation, also d/b/a PROVIDENCE ST. MARY MEDICAL CENTER; Dr. JASON A. DREYER, DO, and JANE DOE DREYER, husband and wife and the marital community thereof; Dr. DANIEL ELSKENS DO, and JANE DOE ELSKENS, husband and wife and the marital community thereof; and JOHN/JANE DOES 1-10, and any marital communities thereof,<br><br>Defendants. | No. 2:22-cv-00915-JLR<br><br>JOINDER OF ELSKENS DEFENDANTS IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED MOTION FOR REMAND<br><br>NOTED ON MOTION CALENDAR: MARCH 22, 2024 |

JOINDER OF ELSKENS DEFENDANTS IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED MOTION FOR REMAND - 1

ETTER, MᶜMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

Defendants Dr. Daniel Elskens, M.D., and Jane Doe Elskens ("Elskens Defendants") hereby respectfully join *Defendant Providence Health & Services – Washington's Opposition to Plaintiffs' Motion for Leave to File Amended Motion for Remand* [DKT. 157].

I certify that this joinder memorandum contains 369 words, in compliance with the Local Civil Rules.

RESPECTFULLY SUBMITTED this 18th day of March 2024.

> ETTER, McMAHON, LAMBERSON,
> VAN WERT & ORESKOVICH, P.C.
> By: /s/ Ronald A. Van Wert
> Stephen M Lamberson, WSBA #12985
> Ronald A. Van Wert, WSBA #32050
> 618 W. Riverside Ave., Suite 210
> Spokane, WA  99201
> (509) 747-9100
> lambo74@ettermcmahon.com
> rvw@ettermcmahon.com
> *Counsel for Elskens Defendants*

JOINDER OF ELSKENS DEFENDANTS IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED MOTION FOR REMAND - 2

ETTER, MCMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

Dated this 18th day of March 2024 at Spokane, Washington.

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.

By: /s/ Ronald A. Van Wert
Stephen M Lamberson, WSBA #12985
Ronald A. Van Wert, WSBA #32050
618 W. Riverside Ave., Suite 210
Spokane, WA  99201
 (509) 747-9100
lambo74@ettermcmahon.com
rvw@ettermcmahon.com
*Counsel for Elskens Defendants*

JOINDER OF ELSKENS DEFENDANTS IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED MOTION FOR REMAND - 3

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100