The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROLINE ANGULO, a single person, ERIC KELLER, a single person, EBEN NESJE, a single person, KIRK SUMMERS, a single person, CHRISTINE BASH, individually and as personal representative of the ESTATE OF STEVEN BASH, RAYMOND SUMERLIN JR. and MARYANN SUMERLIN, a married couple, and MARTIN WHITNEY and SHERRYL WHITNEY, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>PROVIDENCE HEALTH & SERVICES – WASHINGTON, a non-profit Washington corporation, also d/b/a PROVIDENCE ST. MARY MEDICAL CENTER; DR. JASON A. DREYER, D.O., and JANE DOE DREYER, husband and wife and the marital community thereof; DR. DANIEL ELSKENS, D.O., and JANE DOE ELSKENS, husband and wife and the marital community thereof; and JOHN/JANE DOES 1-10, and any martial communities thereof,<br><br>Defendants. | No. 2:22-cv-00915-JLR<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO ESTABLISH BRIEFING SCHEDULE FOR PLAINTIFFS' AMENDED MOTION TO REMAND<br><br>NOTE ON MOTION CALENDAR: March 28, 2024 |

STIPULATED MOTION AND [PROPOSED] ORDER
TO ESTABLISH BRIEFING SCHEDULE FOR
PLTFS.' AMEND. MOT. TO REMAND - 1
(2:22-cv-00915-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**STIPULATED MOTION**

The Court's March 25, 2024 Order granting Plaintiffs' Motion for Leave to File an Amended Motion for Remand set an April 4, 2024 deadline for Plaintiffs to file their renewed remand motion but permitted the parties to agree to an alternative briefing schedule for the motion. Dkt. 160 at 8 n.3 ("This order does not prohibit the parties from filing a stipulation and proposed order setting an agreed briefing schedule for Plaintiffs' amended motion to remand."). Accordingly, the parties stipulate and request that the Court approve the following briefing schedule for Plaintiffs' renewed remand motion.

1. Plaintiffs will file their Amended Motion for Remand on or before April 11, 2024, with the motion noted for consideration on May 3, 2024.

2. Defendants will file any opposition briefs to Plaintiffs' motion on or before April 29, 2024.

3. Plaintiffs will file any reply brief(s) on or before May 3, 2024. Should Defendants file multiple opposition briefs, Plaintiffs intend to file multiple reply briefs. However, Plaintiffs do not intend to file a reply brief in response to any non-substantive joinder that any Defendant files in support of another Defendant's opposition brief.

In addition, the parties request that the court re-note consideration of Plaintiffs' amended motion for class certification (Dkt. 132) and Providence Health & Services – Washington's cross-motion to strike class allegations (Dkt. 136) for May 3, 2024.

IT IS SO STIPULATED

RESPECTFULLY SUBMITTED this 28th day of March, 2024.

| DAVIS WRIGHT TREMAINE LLP<br>Attorneys for Defendant Providence Health & Services – Washington | GILBERT LAW FIRM, P.S.<br>Attorneys for Plaintiffs |
|---|---|
| By *s/ Ross Siler*<br>    Kenneth E. Payson, WSBA #26369<br>    Ross Siler, WSBA #46486<br>    Caleah Whitten, WSBA #60209 | By *s/ Beth M. Bollinger*<br>    William A. Gilbert, WSBA #30592<br>    Beth M. Bollinger, WSBA #26645<br>    421 W. Riverside Avenue, Suite 353 |

STIPULATED MOTION AND [PROPOSED] ORDER TO ESTABLISH BRIEFING SCHEDULE FOR PLTFS.' AMEND. MOT. TO REMAND - 2
(2:22-cv-00915-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| 920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Telephone: (206) 622-3150<br>Email: kenpayson@dwt.com<br>　　　　ross.siler@dwt.com<br>　　　　caleahwhitten@dwt.com | Spokane, WA 99201<br>Telephone: (509) 321-0750<br>Email: bill@wagilbert.com<br>　　　　beth@wagilbert.com |
| WITHERSPOON BRAJCICH MCPHEE, PLLC<br>Attorneys for Defendants Jason Dreyer, DO and Jane Doe Dreyer | ETTER, MCMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.<br>Attorneys for Defendants Daniel Elskens, DO and Jane Doe Elskens |
| By *s/ Jeffrey R. Galloway*<br>　　Ryan M. Beaudoin, WSBA #30598<br>　　Jeffrey R. Galloway, WSBA #44059<br>　　James A. McPhee, WSBA #26323<br>　　Bryce J. Wilcox, WSBA #21728<br>　　Steven J. Dixson, WSBA #38101<br>　　601 W. Main Avenue, Suite 1400<br>　　Spokane, WA 99201-0677<br>　　Telephone: (509) 455-9077<br>　　Email: rbeaudoin@workwith.com<br>　　　　jgalloway@workwith.com<br>　　　　jmcphee@workwith.com<br>　　　　bwilcox@workwith.com<br>　　　　sdixson@workwith.com | By *s/ Ronald A. Van Wert*<br>　　Stephen M. Lamberson, WSBA #12985<br>　　Ronald A. Van Wert, WSBA #32050<br>　　618 W. Riverside Avenue, Suite 210<br>　　Spokane, WA 99201<br>　　Telephone: (509) 747-9100<br>　　Email: lambo74@ettermcmahon.com<br>　　　　rvw@ettermcmahon.com |

## [PROPOSED] ORDER

It is so ordered.

DATED this _____ day of _____, 2024.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND [PROPOSED] ORDER TO ESTABLISH BRIEFING SCHEDULE FOR PLTFS.' AMEND. MOT. TO REMAND - 3
(2:22-cv-00915-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax