UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROLINE ANGULO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PROVIDENCE HEALTH AND SERVICES - WASHINGTON, et al.,<br><br>Defendants. | CASE NO. C22-0915JLR<br><br>ORDER |

Before the court is Plaintiffs' motion for reconsideration of the court's August 9, 2024 order, in which the court denied Plaintiffs' motion for class certification, granted Defendant Providence Health and Services – Washington's motion to strike class allegations, and granted Plaintiffs leave to file a fourth amended complaint by no later than August 30, 2024.  (Mot. (Dkt. # 186); *see* 8/9/24 Order (Dkt. # 184).)  Plaintiffs ask the court to modify its order to (1) defer ruling on the motion for class certification rather than deny it; (2) clarify that the court did not intend, by its order, to end equitable tolling

ORDER - 1

pursuant to *American Pipe & Construction Company v. Utah*, 414 U.S. 538 (1974); and (3) "to the extent that Plaintiffs do not file a fourth amended complaint by August 30, 2024 . . . toll[] the statute of limitations under *American Pipe* until Thursday, October 31, 2024, to allow unnamed class members an opportunity to bring individual cases and [order] that notice to those individuals be sent using the addresses prepared by JND Legal Administration during the jurisdictional discovery process." (Mot.; Prop. Order (Dkt. # 186-1).)  Plaintiffs "do not ask the [c]ourt to revisit the substantive merits of any matters in which it has already ruled." (Mot. at 2.)

The court ORDERS Defendants to respond to Plaintiffs' motion for reconsideration by no later than **September 3, 2024**. *See* Local Rules W.D. Wash. LCR 7(h)(3) (providing that "[n]o response to a motion for reconsideration shall be filed unless requested by the court" and "[n]o motion for reconsideration will be granted without such a request").  Defendants' response shall not exceed 1,505 words in length. (*See* Mot. at 6 (certifying that Plaintiffs' motion contains 1,505 words).)  Plaintiffs may file an optional reply by no later than **September 9, 2024**, that does not exceeed 750 words in length. The Clerk is DIRECTED to renote Plaintiffs' motion for reconsideration (Dkt. # 186) for September 9, 2024.

Dated this 23rd day of August, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2