UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROLINE ANGULO, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>PROVIDENCE HEALTH &<br>SERVICES – WASHINGTON, et al.,<br><br>  Defendants. | CASE NO. C22-0915JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On August 30, 2024, Plaintiffs filed their fourth amended complaint and exhibits under seal. (4th Am. Compl. (Dkt. # 189 (sealed)).) Plaintiffs did not, however, move the court for leave to file those documents under seal. (*See generally* Dkt.)

"There is a strong presumption of public access to the court's files." Local Rules W.D. Wash. LCR 5(g). Thus, "[a] party may file a document under seal in only two

MINUTE ORDER - 1

circumstances: (A) [i]f a statute, rule, or prior court order expressly authorizes the party to file the document under seal; or (B) [i]f the party files a motion or stipulated motion to seal the document before or at the same time the party files the sealed document." *Id.* LCR 5(g)(2)(A)-(B). The court's local civil rules set forth strict requirements for a motion to seal, even if it is a stipulated motion. *See id.* LCR 5(g)(3). Furthermore, "[a] party must minimize the number of documents it files under seal and the length of each document it files under seal." *Id.* LCR 5(g)(4).

Here, Plaintiffs' fourth amended complaint is 173 pages long and includes seven exhibits ranging in length from one page to 17 pages. (*See generally* 4th Am. Compl.) It is unlikely that all of these documents qualify for sealing under this court's strict standards—particularly where Plaintiffs have not filed any of their prior complaints or exhibits under seal. Accordingly, the court ORDERS Plaintiffs to file a motion or stipulated motion to seal the fourth amended complaint and/or its exhibits by no later than **September 16, 2024**. The motion or stipulation must address the reasons each document or portion thereof meets the requirements for sealing set forth in Local Civil Rule 5(g)(3). If the motion is opposed, it shall be noted as a 21-day motion in accordance with Local Civil Rule 7(d)(3). *See* Local Rules W.D. Wash. LCR 7(d)(3).

Filed and entered this 6th day of September, 2024.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2