UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROLINE ANGULO, et al., | CASE NO. C22-0915JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| PROVIDENCE HEALTH & SERVICES – WASHINGTON, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On August 9, 2024, the court issued an order denying Plaintiffs' motion for class certification, granting Defendant Providence Health & Services – Washington's ("Providence") motion to strike class allegations, and granting Plaintiffs leave to file a fourth amended complaint. (*See generally* 8/9/24 Order (Dkt. # 184).) Plaintiffs timely filed their fourth amended complaint on August 30, 2024. (*See generally* 4th Am.

MINUTE ORDER - 1

1 | Compl. (Dkt. # 189).)  Plaintiffs' fourth amended complaint is 173 pages long, not
2 | including exhibits (102 pages longer than Plaintiffs' third amended complaint) and adds
3 | 130 new named Plaintiffs, all of whom are proposed class representatives, to this action.
4 | (*Compare id.*; *with* 3d Am. Compl. (Dkt. # 129).)

5 | On September 5, 2024, the parties notified the court by email that they were
6 | engaged in a dispute regarding the deadline for Defendants to answer or respond to the
7 | fourth amended complaint.  Under Federal Rule of Civil Procedure 15(a)(3), Defendants
8 | must file their responses to the fourth amended complaint within 14 days after service,
9 | unless the court orders otherwise.  Fed. R. Civ. P. 15(a)(3).  Thus, absent a court order,
10 | Defendants' answers or responses to the fourth amended complaint are currently due on
11 | September 13, 2024.  *See id.*  Providence states that it asked Plaintiffs to stipulate to a
12 | 60-day extension of the deadline to respond in light of the greatly increased scope of the
13 | fourth amended complaint, but Plaintiffs declined to agree to Providence's request.

14 | In the court's view, Plaintiffs' refusal to extend the deadline for Defendants to
15 | answer or respond to an amended complaint that includes over 100 pages of additional
16 | allegations and 130 new named plaintiffs is patently unreasonable.  Therefore, the court
17 | ORDERS Plaintiffs to SHOW CAUSE by no later than **September 9, 2024, at 5:00**
18 | **p.m.**, why the court should not grant Providence's request and extend the time for
19 | //
20 | //
21 | //
22 | //

MINUTE ORDER - 2

1  Defendants to answer or respond from 14 days to 60 days.  Defendants may file optional
2  replies to Plaintiffs' response by no later than **September 10, 2024, at 5:00 p.m.**
3      Filed and entered this 6th day of September, 2024.

    RAVI SUBRAMANIAN
    Clerk of Court

    s/ Ashleigh Drecktrah
    Deputy Clerk

MINUTE ORDER - 3