UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROLINE ANGULO, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>PROVIDENCE HEALTH &<br>SERVICES – WASHINGTON, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C22-0915JLR<br><br>ORDER |

Before the court is Plaintiffs' "motion for establishment of briefing schedule for Providence motion to strike." (Mot. (Dkt. # 219).) The court DENIES the motion.

On October 7, 2024, the court issued an order directing Plaintiffs to show cause why it should not strike their fourth amended complaint for failure to comply with the August 9, 2024 order denying their motion for class certification. (OSC (Dkt. # 217); *see generally* 8/9/24 Order (Dkt. # 184).) As part of that order, the court stayed the briefing schedules for Plaintiffs' pending motion to seal (Dkt. # 203) and Defendant Providence

MINUTE ORDER - 1

Health & Services – Washington's ("Providence") pending motion to strike (Dkt. # 215) until it resolves the issues raised in the October 7 order. (OSC at 2-3.) Surprisingly, Plaintiffs interpret the court's stay of the briefing schedule on the motion to strike to mean that the court was in fact *expediting* that schedule, resulting in an October 15, 2024 deadline to respond to the motion.[1] (*See generally* Mot. at 2.) Plaintiffs now ask the court to set a briefing schedule for the motion to strike after it resolves the order to show cause. (*See id.*)

The court intends to issue instructions to the parties regarding next steps in its order resolving the order to show cause. These instructions will address briefing on Providence's motion to strike. Accordingly, the court DENIES Plaintiffs' motion (Dkt. # 219).

Dated this 16th day of October, 2024.

*[signature]*

JAMES L. ROBART
United States District Judge

---

[1] The court notes that under this District's Local Civil Rules, briefing schedules are set based on the filing date, rather than the noting date. Thus, a change in the noting date does not affect the response deadline. *See, e.g.*, Local Rules W.D. Wash. LCR 7(d)(3) (stating that, for 21-day motions, "opposition papers shall be filed and received by the moving party no later than 15 days after the filing date of the motion").

MINUTE ORDER - 2