UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROLINE ANGULO, et al., | CASE NO. C22-0915JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| PROVIDENCE HEALTH & SERVICES – WASHINGTON, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On September 11, 2024, the court granted Defendant Providence Health & Services – Washington's request for an extension of the deadline for Defendants to answer or respond to Plaintiffs' fourth amended complaint and continued that deadline to October 29, 2024. (9/11/24 Order (Dkt. # 201).) On October 7, 2024, the court ordered Plaintiffs to show cause why the court should not strike their fourth amended complaint

MINUTE ORDER - 1

1  for failure to comply with the court's order denying Plaintiffs' motion for class
2  certification.  (10/7/24 OSC (Dkt. # 217); *see* 8/9/24 Order (Dkt. # 184).)  Briefing on the
3  order to show cause was complete on October 18, 2024.  (*See* Reply (Dkt. # 221).)

4       Because the October 29 deadline for Defendants to answer or respond to the fourth
5  amended complaint is fast approaching, the court VACATES that deadline pending its
6  resolution of the October 7 order to show cause.  The court will set a new deadline for
7  Defendants to answer or respond, if appropriate, in its order resolving the order to show
8  cause.

9       Filed and entered this 23rd day of October, 2024.

                        RAVI SUBRAMANIAN
                        Clerk of Court

                        s/ Ashleigh Drecktrah
                        Deputy Clerk

MINUTE ORDER - 2